|  |  |
|---:|:---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-2937948689 |

## Mail Certificate

Brannon Sowers & Cracraft PC
Amy Rollins
1 North Pennsylvania Street, Suite 800
Indianapolis, IN 46204 United States

|  |  |  |  |
|---:|:---|---:|:---|
| **Priority:** | Routine | **Application Date:** | December 07, 2015 |

## Correspondent

|  |  |
|---:|:---|
| **Organization Name:** | Brannon Sowers & Cracraft PC |
| **Name:** | Amy Rollins |
| **Email:** | arollins@bscattorneys.com |
| **Telephone:** | (317)630-2812 |
| **Address:** | 1 North Pennsylvania Street, Suite 800 |
|  | Indianapolis, IN 46204 United States |

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Bicycle-Team-Building-Events.com Website

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 05, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Magnovo Training Group, LLC
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Magnovo Training Group, LLC
5328 Sandwood Drive, Indianapolis, IN, 46235, United States

## Rights and Permissions

**Organization Name:** Brannon Sowers & Cracraft PC
**Name:** Amy Rollins
**Email:** arollins@bscattorneys.com
**Telephone:** (317)630-2812
**Address:** 1 North Pennsylvania Street, Suite 800
Indianapolis, IN 46204 United States

## Certification

**Name:** Amy A. Rollins
**Date:** December 07, 2015
**Applicant's Tracking Number:** 450-12968

Page 1 of 2