UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE LEADER'S INSTITUTE, LLC and DOUG STANEART, | § § § | |
| *Plaintiffs and Counter-Defendants*, | § § § | |
| v. | § § | Case No. 3:14-cv-03572-B |
| ROBERT JACKSON, and MAGNOVO TRAINING GROUP, LLC, | § § § § | |
| *Defendants and Counter-Plaintiffs*. | § | |

### DEFENDANT ROBERT JACKSON'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and applicable Local Rules, Defendant and Counter-Plaintiff Robert Jackson ("Jackson") hereby moves for partial summary judgment against Plaintiffs and Counter-Defendants The Leader's Institute, LLC ("TLI") and Doug Staneart ("Staneart", and collectively "Plaintiffs") and in support of which state as follows:

SUMMMARY OF ELEMENTS

1. The elements of each claim of Plaintiff's Third Amended Complaint for which summary judgment is sought are set forth in the Brief, and are also listed below. The italicized element is the specific one challenged for each cause of action.

    a.    Cause of Action E – Unfair Competition by Misappropriation

        i.    The creation of Plaintiff's product through extensive time, labor, skill and money;

        ii.    *The defendant's use of that product in competition with the plaintiff, thereby gaining a special advantage in that competition;* and

        iii.    Commercial damage to plaintiff.

    b.    Cause of Action F – Misappropriation of Trade Secrets

        i.    *The existence of a trade secret*;

        ii.    Breach of a confidential relationship or improper discovery of a trade secret;

        iii.    *Use of the trade secret;* and

        iv.    Damages.

    c.    Cause of Action G – Conversion

        i.    Plaintiff owned, possessed, or had the right of immediate possession of the property;

        ii.    *Defendant wrongfully exercised dominion or control over the property to the exclusion of and inconsistent with the plaintiff's rights*;

        iii.    The plaintiff demanded return of the property; and

        iv.    Defendant failed to return it.

    d.    Cause of Action H – Breach of Contract

        i.    The existence of a contract;

        ii.    The plaintiff performed or tendered performance according to the terms of the contract;

        iii.    *The defendant breached the contract;* and

        iv.    Plaintiff sustained damages as a result of defendant's breach.

    e.    Cause of Action I – Tortious Interference with Prospective Business Relations

        i.    There was a reasonable probability that plaintiff would have entered into a business relationship with a third party;

   ii.  The defendant either acted with a conscious desire to prevent the relationship from occurring or knew the interference was certain or substantially certain to occur as a result of the conduct;

   *iii.*  *The defendant's conduct was independently tortious or unlawful;*

   iv.  The interference proximately caused plaintiff's injury; and

   v.  Plaintiff suffered actual damage or loss as a result.

2. Defendant seeks summary judgment against Plaintiffs with regard to the Causes of Action as enumerated herein and in the supporting Brief submitted herewith.

3. Because there are no genuine issues of material fact with regard to these enumerated claims, Defendants are entitled to judgment as a matter of law with regard to each of them.

Concurrently with this Motion, Defendants submit a supporting Brief.  Thus, for the reasons stated in Defendants' Brief, this Court should enter partial summary judgment in favor of Defendants and against Plaintiffs with regard to the enumerated Causes of Action.

Dated:  August 1, 2016      Respectfully submitted,

           By: s/ William K. Doss
           Steven G. Cracraft, IN Bar No. 3417-49
           William K. Doss, IN Bar No. 20097-29
           Amy A. Rollins, IN Bar No. 31788-49
           **BRANNON SOWERS & CRACRAFT PC**
           **(Lead Counsel)**
           1 North Pennsylvania Street, Suite 800
           Indianapolis, Indiana 46204
           Phone: (317) 630-2810
           Fax: (317) 630-2813
           Email: scracraft@bscattorneys.com
           wdoss@bscattorneys.com
           arollins@bscattorneys.com

Michael V. Marconi, TX Bar No. 00784524
9284 Huntington Square, Suite 100
North Richland Hills, TX 76182
Phone: (214) 682-3592
Fax: (817) 479-2210
Email: Michael@dkdavislaw.com

Allen R. Vaught, TX Bar No. 24004966
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
avaught@baronbudd.com

**ATTORNEYS FOR DEFENDANTS ROBERT JACKSON AND MAGNOVO TRAINING GROUP, LLC**

### CERTIFICATE OF SERVICE

On August 1, 2016 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record in this lawsuit electronically.

s/ William K. Doss
William K. Doss