UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE LEADER'S INSTITUTE, LLC and DOUG STANEART, § § § § *Plaintiffs and Counter-Defendants*, § § v. § § ROBERT JACKSON, and § MAGNOVO TRAINING GROUP, LLC, § § *Defendants and Counter-Plaintiffs*. § | Case No. 3:14-cv-03572-B |

### ORDER GRANTING DEFENDANT ROBERT JACKSON'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On this _____ day of _____, 2016, came to be heard Defendant Robert Jackson's Motion for Partial Summary Judgment. The Court, having considered the Motion and Brief in Support of the same, the summary judgment evidence presented by the Movant, and the Response of Plaintiffs finds that the Motion for Partial Summary Judgment is well taken and should in all things be granted.

Accordingly, IT IS THEREFORE ORDERED that summary judgment is granted in favor of Defendant Robert Jackson on Plaintiffs' claims for unfair competition by misappropriation, misappropriation of trade secrets, conversion, breach of contract, and tortious interference with prospective business relations.

_____
UNITED STATES DISTRICT JUDGE