IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE LEADER'S INSTITUTE, LLC<br>And DOUG STANEART,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT JACKSON and MAGNOVO<br>TRAINING GROUP, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:14-cv-03572-B<br><br>JURY TRIAL DEMANDED |

## APPENDIX IN SUPPORT OF
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

| EXHIBIT NO. | DESCRIPTION | PAGE CITATION RANGE |
|---|---|---|
| A | Declaration of Gary R. Sorden | APP 1 – 4 |
| 1 | Plaintiffs' Third Amended Complaint dated December 17, 2015 | APP 5 - 49 |
| 2 | Defendants' Answer, Defenses, and Counterclaims to Plaintiffs' Third Amended Complaint dated January 11, 2016 | APP 50 - 83 |
| 3 | Docket No. 54 – Court's Memorandum Opinion and Order dated July 24, 2015 | APP 84 - 127 |
| 4 | Defendants' Second Supplemental Rule 26(a)(1)(A) Disclosures dated July 15, 2016 | APP 128 - 137 |
| 5 | Defendant Robert Jackson's Objections and Answers to Plaintiffs' First Set of Interrogatories dated November 25, 2015 | APP 138 - 154 |
| 6 | Defendant Robert Jackson's Responses to Plaintiffs' Second Set of Interrogatories dated July 20, 2016 | APP 155 - 169 |
| 7 | Defendant Magnovo Training Group, LLC's Responses to Plaintiffs' First Set of Interrogatories dated July 20, 2016 | APP 170 - 191 |
| 8 | Respondent's UDRP Response dated April 18, 2015 | APP 192 - 196 |
| 9 | UDRP Decision dated August 28, 2015 | APP 197 – 204 |
| 10 | September 9, 2014 Cease and Desist Letter to Magnovo | APP 205 - 224 |
| 11 | Cease and Desist letters sent to Odyssey Teams, Inc. and Best Corporate Events | APP 225 - 295 |

| 12 | April 3, 2015 Email from D. Staneart to C. Johnston regarding Voicemail | APP 296 - 308 |
| --- | --- | --- |
| 13 | December 4, 2015 Email from W. Doss to G. Sorden regarding Responses to Interrogatories | APP 309 - 311 |
| 14 | McCarthy's Section 20.52 (4th Edition) | APP 312 - 316 |
| 15 | USPTO docket sheet showing that Plaintiffs abandoned the MAGNOVO mark | APP 317 - 318 |
| 16 | Transcript excerpts from the July 7, 2016 deposition of D. Staneart | APP 319 - 341 |
| 17 | Transcript excerpts from the July 18, 2016 Magnovo Rule 30(b)(6) deposition | APP 342 - 363 |
| 18 | May 20, 2014 Email from D. Staneart to R. Summeier regarding Magnovo and Rob Jackson | APP 364 - 367 |

Dated: August 1, 2016  Respectfully submitted,

/s/ *Gary R. Sorden*
Gary R. Sorden (lead counsel)
State Bar No. 24066124
Darin M. Klemchuk
State Bar No. 24002418
Roxanne Edwards
State Bar No. 24026817
**KLEMCHUK LLP**
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel. 214.367.6000
Fax 214.367.6001
gary.sorden@klemchuk.com
darin.klemchuk@klemchuk.com
roxanne.edwards@klemchuk.com

Cynthia A. Cook
State Bar No. 04508025
**BROWN, PC**
500 Main Street, Suite 400
Fort Worth, Texas 76102
Tel. 817.8700025
Fax 817.870.0515
cynthia.cook@brownpc.com

**ATTORNEY FOR PLAINTIFFS
THE LEADER'S INSTITUTE,
LLC AND DOUG STANEART**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on August 1, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(d).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        */s/ Gary R. Sorden*
                                        Gary R. Sorden