# EXHIBIT 11

# CONLEY ROSE

A Professional Corporation

## DALLAS OFFICE

INTELLECTUAL PROPERTY LAW
INCLUDING PATENTS, TRADEMARKS,
COPYRIGHTS AND UNFAIR COMPETITION

WWW.CONLEYROSE.COM

GRANITE PARK THREE
5601 GRANITE PARKWAY, SUITE 500
PLANO, TEXAS 75024-6616

(972) 731-2288
FACSIMILE (972) 731-2289

HOUSTON OFFICE
(713) 238-8000

AUSTIN OFFICE
(512) 391-1900

Writer's Direct Dial: (972) 731-2277
Email: kharkins@dfw.conleyrose.com

November 7, 2014

***First Class Mail and***
***Certified Mail, Return Receipt Requested***

Odyssey Teams, Inc.
173 E. 3rd Avenue
Chico, CA  95926

Re:   BUILD-A-BIKE® Trademark Rights
Owner:  Doug Staneart
Conley Rose File: 4456-01100

My firm represents Doug Staneart in his intellectual property matters.  As you are likely aware, Mr. Staneart is in the business of providing educational, training and coaching services in the field of personal and professional development, leadership, communication and team building skills for individuals and groups.  Mr. Staneart provides these services under multiple trademarks, including his BUILD-A-BIKE® mark.  He has developed substantial rights and goodwill in his marks and is committed to protecting such rights and goodwill.

Mr. Staneart offers his BUILD-A-BIKE® services to individuals and organizations throughout the United States.  Under U.S. trademark law, the protection offered to my client allows him to prevent any party from subsequently using the same or similar marks in connection with the same or similar goods and services.  Included in Mr. Staneart's trademark rights are the following U.S. Trademark Registrations:

BUILD-A-BIKE, U.S. Trademark Registration No. 3,535,706, Registered November 18, 2008. ***(Exhibit 1)***
BUILD-A-BIKE, U.S. Trademark Registration No. 4,542,884, Registered June 3, 2014. ***(Exhibit 2)***

CONLEY ROSE, P.C.                                                      DALLAS

November 7, 2014
Page 2

   It is therefore a matter of serious concern to learn that Odyssey Teams, Inc. ("Odyssey") is providing competitive services and using my client's BUILD-A-BIKE® mark in connection with these services. We note that numerous pages on your website at http://odysseyteams.com/ indicate that your "Life Cycles" program is "the original build-a-bike program" or otherwise affiliated with BUILD-A-BIKE®, which is not the case. Indeed, your website is filled with unauthorized and impermissible uses of my client's BUILD-A-BIKE® mark, and variations thereof, to market and sell Odyssey's services. Examples of the webpages and impermissible uses of which I am specifically aware, are detailed below and copies of the relevant webpages are enclosed.

| |
|---|
| http://odysseyteams.com/ (***Exhibit 3***) |
| The homepage of your website at http://odysseyteams.com/, while promoting Odyssey's "Life Cycles" program under the "ODYSSEY BLOG" heading, nonetheless plainly puts to use the BUILD-A-BIKE® mark as follows: <br><br> "[Participants] have built and donated over 15,000 bicycles in 'Life Cycles' – the original *build-a-bike* program…" <br><br> "Updates from your favorite Leadership, CSR, Team building company that offers Life Cycles (*Build-a-Bike*)…" <br><br> "Life Cycles, the original bike building *build-a-bike* program…" |
| http://odysseyteams.com/tag/build-a-bike/ (***Exhibit 4***) |
| My client's BUILD-A-BIKE® mark is not only used improperly in the URL for this page, it also appears in the content of the page: "One of the privileges prior to leading an Odyssey philanthropic team-building workshop such as Life Cycles (*build-a-bike*)…" |
| http://odysseyteams.com/service/life-cycles/ (***Exhibit 5***) |
| "The 'team building' paradigm was forever changed in 2000, when Odyssey invented Life Cycles – the original bike building *build-a-bike* program." |
| http://odysseyteams.com/charisma_and_things/ (***Exhibit 6***) |
| "Updates from your favorite Leadership, CSR, Teambuilding company that offers Life Cycles (*build-a-bike*)…" |
| http://odysseyteams.com/philanthropic-team-building-is-good-for-your-head-hands-and-heart/ (***Exhibit 7***) |
| "Events like Life Cycles, the original *Build a Bike* workshop (Odyssey Teams has built and donated over 13,000 bikes along)…" |

CONLEY ROSE, P.C.                                                                                    DALLAS

November 7, 2014
Page 3

| |
|---|
| http://odysseyteams.com/life-cycles-the-original-teambuilding-experience-where-every-five-participants-build-a-bike-for-a-child/ (*Exhibit 8*) |
| "The program has also been described as the bike-building event for children or bikes for tikes, bikes for tykes, *build a bike* and the teambuilding bike event." |
| http://odysseyteams.com/be_a_gimp_monkey/ (*Exhibit 9*) |
| This page incorporates the same impermissible use of the BUILD-A-BIKE® mark as the http://odysseyteams.com/tag/build-a-bike/ webpage above: <br><br> "One of the privileges prior to leading an Odyssey philanthropic team-building workshop such as Life Cycles (*build-a-bike*)…" |
| http://odysseyteams.com/proud-to-be-at-the-mall/ (*Exhibit 10*) |
| "Updates from your favorite Leadership, CSR, Teambuilding company that offers Life Cycles (*Build-a-Bike*)…" |
| http://odysseyteams.com/managing_the_art_of_creating_s/ <br> http://odysseyteams.com/i_read_a_scientific_study/ <br> http://odysseyteams.com/life_cycles_program_reunites_b/ <br> http://odysseyteams.com/corporate_teambuilding_putting/ <br> http://odysseyteams.com/why_cant_a_bicycle_thats_been/ (*Exhibit 11*) |
| Each of the webpages/blog entries above contains an impermissible use of the BUILD-A-BIKE® mark as a link entitled "Build a bike" that leads to the URL http://odysseyteams.com/tag/build-a-bike/ (also mentioned above). |

In addition to the unauthorized content on your website, a YouTube video accessible via https://www.youtube.com/watch?v=1pTNedkyU20, advertises the services offered in connection with your Life Cycles program, and directly incorporates my client's BUILD-A-BIKE mark in the title of the video: "Life Cycles – Build-a-bike program – The original philosophy". *See Exhibit 12*.

The foregoing uses of "Build-a-Bike", "build-a-bike" and similar phrases directly compete with my client's services and are clear infringements of the BUILD-A-BIKE® trademark. These uses on your website and elsewhere have created a likelihood that customers will be confused into believing that some connection exists between you and my client, namely that the services offered under my client's BUILD-A-BIKE® mark are one and the same as the services offered under your Life Cycles program. Using another's trademark in a manner likely to cause confusion as to affiliation, connection or association of the advertiser with the owner of the mark is also unfair competition. Such false advertising is prohibited and actionable under federal law.

CONLEY ROSE, P.C.                                                                DALLAS

November 7, 2014
Page 4

In view of Mr. Staneart's rights to the BUILD-A-BIKE® mark, we must insist that you immediately discontinue the use of "Build-a-Bike", "build-a-bike" and all variations thereof, including any other marks that have a similar look, sound, or meaning, in connection with your services. You must remove the infringing content from your website and any and all additional advertising, promotional material, and documents that bear the phrase "Build-a-Bike", "build-a-bike" or other infringing terms must be destroyed or otherwise conspicuously relabeled in a non-infringing manner.

You should be aware that Mr. Staneart protects his trademarks against infringers. We urge you to contact the undersigned, or have your attorney contact the undersigned, to provide satisfactory assurances that you will immediately cease all use of "Build-a-Bike", "build-a-bike" and similar phrases, and discontinue all other infringing actions. If we do not hear from you or your attorney within twenty (20) days of the date of this letter, we will assume that you have decided to ignore Mr. Staneart's rights, and we will advise him accordingly.

Sincerely,

CONLEY ROSE, P.C.

Kristin Jordan Harkins

Enclosures

c:      Doug Staneart

# EXHIBIT 1

APP 230

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 3,535,706
Registered Nov. 18, 2008

### SERVICE MARK
### SUPPLEMENTAL REGISTER

# Build-A-Bike

STANEART, DOUG (UNITED STATES INDIVI-
DUAL)
3233 SPRING CREST CT
HURST, TX 76053

FOR: EDUCATION SERVICES, NAMELY, PRO-
VIDING CLASSES, SEMINARS, AND WORKSHOPS
IN THE FIELD OF TEAM BUILDING AND LEA-
DERSHIP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-15-2005; IN COMMERCE 10-15-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,150,282.

SER. NO. 77-445,644, FILED P.R. 4-10-2008; AM. S.R.
9-12-2008.

BRIAN PINO, EXAMINING ATTORNEY

# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# BUILD-A-BIKE

**Reg. No. 4,542,884**

**Registered June 3, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

DOUG STANEART (UNITED STATES INDIVIDUAL)
6703 CORONATION CT
ARLINGTON, TX 76017

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, WORKSHOPS, LECTURES, AND SELF-PACED TRAINING PROGRAMS IN THE FIELD OF PERSONAL AND PROFESSIONAL DEVELOPMENT, LEADERSHIP, COMMUNICATION, AND TEAM BUILDING AND DISTRIBUTION OF EDUCATIONAL MATERIALS IN CONNECTION THEREWITH; PERSONAL COACHING SERVICES IN THE FIELD OF PERSONAL AND PROFESSIONAL DEVELOPMENT FOR INDIVIDUALS AND GROUPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-15-2005; IN COMMERCE 10-15-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,535,706.

SEC. 2(F).

SER. NO. 86-079,796, FILED 10-1-2013.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Michelle K. Lee

Deputy Director of the United States
Patent and Trademark Office

# EXHIBIT 3

APP 234

# ODYSSEY BLOG



## PROUD TO BE AT THE MALL

Updates from your favorite Leadership, CSR, Teambuilding company that offers Life Cycles (Build-a-Bike), Helping Hands (Build-a-Hand), Playhouse Challenge, and so much more. Typical road/air warrior mode — arrive at the hotel in the darkness of 8pm. Upon check-in, (mentally prepared to get on a machine to make […] ask for the location of the workout room Read more...

## FACING MY WORST FEAR

It is said that more people are afraid of public speaking than dying. Probably because you only die once. But public speaking is something you must face any time you are in public. More accurately, it is not the "public" that drives you nuts, it is the private time you spend with your little voice […]
Read more...

## REJUVENATION

Updates from your favorite Leadership, CSR, Teambuilding company that offers Life Cycles (Build-a-Bike), Helping Hands (Build-a-Hand), Playhouse Challenge and so much more. I read in a recent study that the average employee at a USA based firm leaves 5.5 unused vacation and/or PTO days per year. Not me. I was able to get a holiday […]
Read more...

## BIKES, TIRES, AND METAPHORS

Life Cycles, the original bike building build-a-bike program, allows participants to create something valuable and pass it on to the end user. As they build a bike and pass it along to a child, the result is a firsthand experience of the value of collaboration, customer-centricity, and teamwork. Metaphors like these are rich and relevant […]
Read more...

10.30.2014

# EXHIBIT 4



HOME    PROGRAMS ⌄    ABOUT ⌄    CLIENTS ⌄    BLOG    SHOP

CONTACT





# TAG ARCHIVES: BUILD A BIKE

## BE A GIMP MONKEY!

30 November 2012        Uncategorized        Leave a comment

Thumbnail image for Odyssey.png

"The right attitude with one arm will beat the wrong attitude and two arms every time."

One of the privileges prior to leading an Odyssey **philanthropic team-building workshop** such as Life Cycles (build-a-bike) or Helping Hands (build-a-hand kit), is getting a glimpse of our clients' world, their desired outcomes for their team. We then get to craft an experience for the participants to see how they respond to people and situations. Often times they will call upon their strengths, shift their mindset and

deal with the challenge at hand.

We all have a wall in front of us to climb. My friend's nephew recently completed this beautiful, compelling, inspiring 8-minute "Sundance worthy" movie. Watch it!

With stunning cinematography, a captivating story and authentic dialogue, (A pot of gold worth of sound bites), he does what in some aspects is an inherent by product of Odyssey Teams leadership, teambuilding, and philanthropic workshops.

As a past Odyssey participant says…

"It really makes you think about not only what life has dealt you and what you are doing with those cards, but also about what kind of people you choose to surround yourself with on a daily basis."

We pride ourselves on bringing our clients' values to life and providing positive tangible results to extend beyond the session. We are grateful for the magic of the human spirit and how it so often flourishes during these partnerships

Go Gimp Monkeys!

Build a bike     Helping Hands     Leadership     Life Cycles     Philanthropic team building

workshop

# MANAGING – THE ART OF CREATING SPACE. LAIN HENSLEY'S RESPONSE TO THE QUESTION OF HOW TO CREATE MORE SPACE AS A LEADER.

25 August 2008     Uncategorized     Leave a comment

The idea is that all parts of our life – and management can be seen as pieces of a pie. If you cut a slice out of it you create a void. That void will be filled with something.

Continue reading →

Build a bike     Leadership     teambuilding bike building

# EXHIBIT 5





HOME        PROGRAMS  ▾        ABOUT  ▾        CLIENTS  ▾        BLOG        SHOP

CONTACT



Home        Services        Life Cycles

# LIFE CYCLES

1 April 2014

The 'team building' paradigm was forever changed in 2000, when Odyssey invented Life Cycles – the original bike building build-a-bike program.

APP 240

# EXHIBIT 6

APP 241





HOME    PROGRAMS ⌄    ABOUT ⌄    CLIENTS ⌄    BLOG    SHOP

CONTACT



Home    News    Charisma and Things

# CHARISMA AND THINGS

21 May 2013          News, Uncategorized          Leave a comment

Updates from your favorite Leadership, CSR, Teambuilding company that offers Life Cycles (build-a-bike), Helping Hands, Playhouse Challenge and so much more.
Wow, it's been over 8 weeks since I posted a blog here. Did you



APP 242

miss me? I'm still unsure who reads these. Though as they say,
"the gift is in the giving". The gift is also a bit selfish on my
part as the task creates a reason for me to pause and reflect on
things, which is always good.
Lots of things have been going on the past 2 months in the world
of Odyssey Teams. We facilitated over 26 programs all over the USA, China, Netherlands, Greece, and
Czech Republic. We also designed and delivered a Helping Hands program for 4,300 people! ...our
largest audience at one time, so far.


We've also lived our lives outside of work... scaling Mt. Shasta, field trips with our children, grieving
and supporting friends in need, going to concerts, going to baseball games, church, long runs, softball,
volleyball, basketball, swim/bike/run, kids plays/performances/sports, playing music, nursing
colds/allergies, having challenging conversations, helping with homework, reading books, splashing in
creeks, laughing with family at the dinner table, and lots of other priceless moments.
These are the 'Good ol' Days'. Lots to be grateful for the past two months...and today. I encourage
you to take stock, breathe easy & often.
Charisma is an interesting topic. Often times after programs participants will come by to thank us for
an outstanding experience and also acknowledge our delivery style. I'm most touched when they are
just glowing, smiling, beaming etc. and speak to how they are feeling (connected, proud, alive, happy).
It reminds me of the distinction made in this quote by Robert Brault:
"Charisma is not so much getting people to like you, as getting people to like themselves when you're
around."
The more we all can create that feeling with those around us...the even better these Good ol' Days will
be.
More quotes on Charisma.

http://www.brainyquote.com/quotes/keywords/charisma.html


| Helping Hands | Leadership | Life Cycles | Odyssey teams | Playhouse Challenge |

teambuilding


# LEAVE A REPLY

Your email address will not be published. Required fields are marked *


**Name \***

# EXHIBIT 7





HOME    PROGRAMS ⌄    ABOUT ⌄    CLIENTS ⌄    BLOG    SHOP

CONTACT



Home    News    Philanthropic Team Building: Good for Your Head, Hands, and Heart

# PHILANTHROPIC TEAM BUILDING: GOOD FOR YOUR HEAD, HANDS, AND HEART

19 August 2014        News, Uncategorized        Leave a comment

There is a new paradigm in the concept of **Team Building,** and it's called **Philanthropic Team Building.** In days gone by, it was sufficient to be selfish, even decadent, about getting to know each other outside the work setting. When it was done well, it involved heads and hands in experiential



exercises and simulations. Now it's about incorporating the heart through give back events or Philanthropic Team Building. The response from participants has been overwhelmingly positive – all over the world.

Events like Life Cycles, the original Build a Bike workshop (Odyssey Teams has built and donated over 13,000 bikes alone), Helping Hands, the building of prosthetic hands for amputees in developing countries (over 17,000 delivered to 75 countries), and The Playhouse Challenge have revolutionized the Team Building industry. And it's good for more than just your team. It's good for your heads, hands, and hearts. And that means it's good for the world.

>Bill John

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

**Comment**

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

# EXHIBIT 8



HOME    PROGRAMS ⌄    ABOUT ⌄    CLIENTS ⌄    BLOG    SHOP    CONTACT





Home    News    Life Cycles – The original teambuilding experience where every five participants build a bike for a child

# LIFE CYCLES – THE ORIGINAL TEAMBUILDING EXPERIENCE WHERE EVERY FIVE PARTICIPANTS BUILD A BIKE FOR A CHILD

25 October 2013        News, Uncategorized        Leave a comment

Building bikes teambuilding is also called [Life Cycles (TM)] and is a trademarked process of combining philanthropy and team skill development. Invented and delivered by Odyssey Teams, Inc. this bicycle-building event has become the ubiquitous program in the industry.

Odyssey invented the process of building bikes as a teambuilding experience where children come into the venue to receive them. Odyssey's first delivery was to Lucent Technologies, October 10, 2000. "We are very proud to have originated the idea of taking a Habitat for Humanity concept and overlaying a training context to it in a two to four-hour, on-premise event." It is through the eyes of the children, who burst through the doors

APP 248

to receive their brand new bikes that participants are able to see the gaps in their customer awareness and commitment to quality. Over 10,000 bikes have been built for children around the world while companies have enjoyed increased teamwork, quality, and customer relations.

The program has also been described as the bike-building event for children or bikes for tikes, bikes for tykes, build a bike and the teambuilding bike event. All point towards the original Life Cycles event developed by Odyssey Teams, Inc. in October, 2000.

We invite you to learn more about the original at www.odysseyteams.com.

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

**Comment**

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

# EXHIBIT 9



HOME   PROGRAMS ⌄   ABOUT ⌄   CLIENTS ⌄   BLOG   SHOP

CONTACT



Home    Uncategorized    Be a Gimp Monkey!

# BE A GIMP MONKEY!

30 November 2012          Uncategorized          Leave a comment

"The right attitude with one arm will beat the wrong attitude and
two arms every time."
One of the privileges prior to leading an Odyssey **philanthropic
team-building workshop** such as Life Cycles (build-a-bike) or

APP 251

Thumbnail image for Odyssey.png

Helping Hands (build-a-hand kit), is getting a glimpse of our
clients' world, their desired outcomes for their team. We then
get to craft an experience for the participants to see how they
respond to people and situations. Often times they will call upon their strengths, shift their mindset and
deal with the challenge at hand.

We all have a wall in front of us to climb. My friend's nephew recently completed this beautiful,
compelling, inspiring 8-minute "Sundance worthy" movie. Watch it!

With stunning cinematography, a captivating story and authentic dialogue, (A pot of gold worth of
sound bites), he does what in some aspects is an inherent by product of Odyssey Teams leadership,
teambuilding, and philanthropic workshops.

As a past Odyssey participant says…

"It really makes you think about not only what life has dealt you and what you are doing with those
cards, but also about what kind of people you choose to surround yourself with on a daily basis."

We pride ourselves on bringing our clients' values to life and providing positive tangible results to
extend beyond the session. We are grateful for the magic of the human spirit and how it so often
flourishes during these partnerships

Go Gimp Monkeys!

| Build a bike | Helping Hands | Leadership | Life Cycles | Philanthropic team building |
| --- | --- | --- | --- | --- |

workshop

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

# EXHIBIT 10



# PROUD TO BE AT THE MALL

24 October 2014        <u>News</u>         <u>Leave a comment</u>

*Updates from your favorite Leadership, CSR, Teambuilding company that offers Life Cycles (Build-a-Bike), Helping Hands (Build-a-Hand), Playhouse Challenge, and so much more.*

Typical road/air warrior mode – arrive at the hotel in the darkness of 8pm. Upon check-in, ask for the location of the workout room (mentally prepared to get on a machine to make up for a 12 hour commute). WAIT. A new opportunity is presented by the concierge – a night tour of the town. The description of which creates an entirely new possibility.

Ten minutes later I was on the streets, running past the White House and then the dimly lit paths and majestically lit monuments of the National Mall. I ran the entire loop, which felt like a private tour. Humility, pride, and respect, with a large dose of gratitude, were compass points of my feelings and emotions.

I ran by/under/around the Washington Monument, WWII / Korea / Vietnam memorials and monuments of Lincoln, Jefferson, MLK, FDR, as well as the Smithsonian Institute, Holocaust Museum, the Capitol, and much more.

My mind was flooded with all I've seen and learned that has happened at the National Mall – speeches, walks, protests – and the amazing deeds, courage, and outcomes by those memorialized.

This work has taken me all around the world (20 countries) and I have met thousands of people from all around this little blue ball going around the sun. It is with this perspective that I report there is nothing else on the planet like the United States of America. And as crazy and off-track it is at times – I'm so grateful for so many reasons to call it home.

FYI – I was in DC for a Life Cycles program. It was a huge success at many levels for all of those involved.

-Todd Demorest

# EXHIBIT 11

APP 255

Odyssey Teams





HOME        PROGRAMS ⌄        ABOUT ⌄        CLIENTS ⌄        BLOG        SHOP

CONTACT



Home        Uncategorized

Managing – The Art of Creating Space. Lain Hensley's response to the question of how to create more space as a leader.

# MANAGING – THE ART OF CREATING SPACE. LAIN HENSLEY'S RESPONSE TO THE QUESTION OF HOW TO CREATE MORE SPACE AS A LEADER.

25 August 2008        Uncategorized        Leave a comment

The idea is that all parts of our life – and management can be seen
as pieces of a pie. If you cut a slice out of it you create a void. That void
will be filled with something.

APP 256

Look at your personal or work
life – if you divide it into pieces you'll always have 100%. People will fill their pie to capacity. 5% love, 15%
anger, 5% financial security, 5 % financial worry, 7% crisis, 10%
addiction, 15% time with kids and so on. These different pieces of the pie can change both in type and size
but together they will still account for 100%. For
example: you get a raise. Do you bank the extra cash or buy a new
car so you maintain your balance of cash in the bank? You change
your schedule to work 4 days a week 10 hour days. Do you spend more
time with the kids or fill that time with other work to maintain the
balance you have become comfortable with? This is the reason people
stop smoking and start drinking or win the lottery and end up broke five
years later.
Now lets look at leadership and the SPACE model. If you are a strong leader in an
intact group they see you as X% of the leadership. If you then try
to create space for others to fill the void it creates a temporary
imbalance in the pie. People can feel the void and the vaccuum is
uncomfortable. If you are not patient you will fill the void with
your leadership and the balance is back. This may feel good to everyone
because it provides returns them to what is comfortable. The challenge is to
wait for someone to fill the space. You might need to wait longer
than you expect and that is extremely difficult for most.
Tips to making this happen. Remember, If you do not bring out the
leadership in them and you become an irreplaceable leader you can
never be promoted. I am working on this in my company. Let people
know what you are doing. Look for times that you can delegate
decisions with constraints and give them a chance to figure things
out without your input, but with your guidance or guidelines.
Distance yourself from some situations when you might need to be the
default leader. Let the team know what needs to be done but that you
have a conflict and need to be working on "X" so they will have to
figure it out with these guidelines. Trust that they can increase
their leadership amount but you will have to be willing to wait
through the discomfort and give up an equal amount of leadership.
Take a coach of a football team. If they call in the play every time
to the quarterback they will not have time to look at the big picture
or fill another role during offensive times. If the coach is ejected
from the game all is not lost. The QB will call the plays on the
field and it will be rough and uncomfortable at first and they might
loose the game. But the QB will learn more in that time than simply
executing whatever play is sent on the field from the sideline for 10
years.
My style is to try and fill as little space as I can during my
programs. At first I filled all the space. I did all the talking
for the first 30 minutes. I then try to ask more questions and
suffer through silence and wait for someone on the team to fill the
space. The space will quickly fill and I can then think about the big
picture and my next move with the group. By the end I do almost no
talking in the last 30 minutes. It is a constant struggle during
programs when the group is slow to fill the space or when they do
they fill it with sarcasm or idle comments. In those situations I
can not give up as much of the leadership space. But I do this out
of choice not pattern. I used the environment as well. I start
with them all facing me and at the end they are facing each other and I
am just part of the team. The leadership space was then shared with
all members and bounced around freely without the structure being as
obvious as in the beginning when "I was the leader of the session."
I am trying not to catch eyes with the person sharing so the focus even less on me as on the group. During

our bike building teambuilding program I
step out of the room so if people have questions they can not ask
me. If I had announced that I was in the front of the room for any
questions I might have had a line of people waiting to talk to me.
By leaving the room I would guess that people looked for me for a few
seconds, felt the void of my leadership and filled it with their own
creativity or other resources in the room.
I hope this helps. It has been fun thinking about this.

==Build a bike==    Leadership    teambuilding bike building

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

**Comment**

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment




HOME    PROGRAMS ▾    ABOUT ▾    CLIENTS ▾    BLOG    SHOP    CONTACT



Home    Team Building    Does building bikes for kids and other teambuilding programs build more hope, productivity?

# DOES BUILDING BIKES FOR KIDS AND OTHER TEAMBUILDING PROGRAMS BUILD MORE HOPE, PRODUCTIVITY?

5 April 2008        Team Building        Leave a comment

I read a scientific study recently that people's overall success and happiness is determined by the belief that they have some control or influence on their future and the world around them. People that held this belief were far more successful, created more desired results, and had better health.

This fact seems instrumental in what Corporations should be focusing on providing for their people. Currently the economy is tenuous, which can lead to uncertain times and draw people into fear, hesitancy and stagnation. What we have witnessed is that Odyssey programs can reestablish and ignite people's attitudes that they can impact their world. This is a powerful belief that leads to more hopefulness, productivity, and

pure motivation.

Businesses may not be able to give their employees security right now, but they can give them something (especially in this economical climate) priceless and long lasting. The inspired feeling that they do indeed have an impact and influence on the world around them. That what they do does matter significantly.

This is the first attitudinal principle that gets questioned in these kinds of times. Helping Odyssey programs like Life Cycles (bike building teambuilding) will ignite the belief that I can make a difference no matter what the circumstances. This is the key to success because it promotes an ability to transcend the current climate of fear and uncertainty. This fact has been revealed through our own experiences and observation, but also scientifically supported.

bike building        bike building team building        Build a bike        build bikes for kids teambuilding

children receive bikes built        corporate teambuilding        hopefulness        Life Cycles        motivation

Odyssey        Odyssey teams        productivity        teambuilding activity        teambuilding idea

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

**Comment**

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym`



HOME     PROGRAMS ˅     ABOUT ˅     CLIENTS ˅     BLOG     SHOP

CONTACT





Home     Life Cycles     Life Cycles program reunites brothers and sisters, connects far more than business goals

# LIFE CYCLES PROGRAM REUNITES BROTHERS AND SISTERS, CONNECTS FAR MORE THAN BUSINESS GOALS

3 April 2008          Life Cycles          Leave a comment

The Lifecycles, bike building teambuilding program is hands down one of the most emotional teambuilding experiences. After attending over 50 of these programs, I still find myself overwhelmed

by the human aspect this program provides; and every program creates its own unique story.

One of my favorite programs occurred about six months ago when I was in Houston Texas. The recipients of the bikes were children from a foster care agency. We had a total of 9 children; four of them were siblings who had been split up into two different homes; they hadn't seen or heard from each other in months and had no idea they would all be together. This story is the prime example of how the Life Cycles ripple affect extends beyond anything we can possibly imagine...

I was meeting the kids and their foster parents at a hotel; they were all coming in separate cars and meeting for the first time. One of the fathers and two children had already arrived. He and I chatted a bit until the rest of the parents arrived. As I got up to greet some of the other parents, two little girls who had just walked in started shrieking with joy- they had just spotted their brothers. Immediately they ran and embraced each other; then looking each other up and down started declaring "You look bigger!" "Is that a uniform you're wearing?!" "You have a band new belt!" Then they started talking excitedly about all the changes in their lives- their new homes, new schools, new parents and new friends. When I was finally able to wrap my head around what I had just witnessed, my eyes started welling up and my heart just swelled. When you witness something of that emotional magnitude; you can't help but be moved.

It's crazy to imagine that this family reunion started with a phone call inquiring about a teambuilding session. Someone wanted to bring their employees closer together, and in doing so, brought a family together. It makes you realize everything you do, all your actions-and even inactions affect someone somewhere all the time, and you may not even see it.

bike building     bike building team building     Build a bike

build bikes for kids teambuilding     children receive bikes built     corporate teambuilding

foster kids reunited     Life Cycles     teambuilding activity     teambuilding idea

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

APP 262





HOME    PROGRAMS ▾    ABOUT ▾    CLIENTS ▾    BLOG    SHOP

CONTACT



Home    Press & Published Articles    Corporate team-building putting focus on good deeds

# CORPORATE TEAM-BUILDING PUTTING FOCUS ON GOOD DEEDS

3 April 2008        Press & Published Articles        Leave a comment

Corporate team building putting focus on good deeds – Building bikes for kids, prosthetic hands for landmine survivors.
Written by Darrell Smith for the Sacramento Bee dvsmith@sacbee.com

APP 263

Published 12:00 am PDT Friday, March 28, 2008
Story appeared in BUSINESS section, Page D1 of the <u>Sacramento Bee</u>
326-5B28WORKING.embedded.prod_affiliate.4.JPG

— Xyratex employees assemble
a bicycle during a team-building
exercise this month at the Le
Rivage hotel in Sacramento.
Randall Benton /
rbenton@sacbee.com

Chris Sharman did a couple of unexpected things at a team-building workshop with 44 of his co-workers from the data storage firm Xyratex. First, he built a prosthetic hand and placed it in a wooden gift box that he and his teammates decorated.

Then, after he saw a brief slide show about the land mine victims all around the world waiting to receive the device, he brushed away a tear.

Eschewing the rope climbs and trust falls that have long been the traditional exercises at such retreats, Xyratex, based in the United Kingdom, and other companies choose to cement team bonds by giving employees a project with a higher purpose.

"We figured out what it was for fairly early," said Sharman, a Xyratex vice president, who had safely stowed the prosthesis he helped build under his chair. But that didn't lessen the impact, he said. "It pales into insignificance, your problems."

"Philanthropic team building" it's called, and Xyratex sought out a Chico-based firm that has designed and facilitated team-building experiences like this one for the better part of two decades. Known as <u>Odyssey</u>, it helps employees and managers work better together while helping the larger community in a "mix of inspiration and practical philanthropy."

The Xyratex employees who came to Sacramento's Le Rivage hotel from around the world March 4, worked together to build not only prosthetic hands but also bikes that they donated on the spot to nine smiling children from Boys & Girls Clubs of Greater Sacramento. "We've tapped into the humanity of business," said Lain Hensley, co-founder and chief operating officer of <u>Odyssey</u>. " … You don't have to quit your job and join the Peace Corps."

Utilizing firms like teambonding, with its twin homes in Boston and San Diego, to Oakland's Team Building Unlimited to Repario of Lake Tahoe, Nev., more companies in California are fusing corporate team building with good works.

"It's not just the trick du jour anymore," said Danika Davis, chief executive officer of the San Francisco-based Northern California Human Resources Association. " … Anytime you add meaning, it's going to have an impact and drive the message home."

The emphasis on good works may even be part of a larger trend in corporate giving. Harold McGraw III, president and chief executive officer of The McGraw-Hill Cos. and chairman of the Committee Encouraging Corporate Philanthropy, discussed the evolution in the committee's 2007 review.

McGraw said the New York-based forum of corporate leaders now spearheads "holistic philanthropy" which, in part, "taps into the tremendous desire of employees to participate through their volunteerism." <u>Odyssey's programs</u> are a natural fit for <u>Xyratex</u>, which has focused on charitable giving to children who live near their sites in Malaysia, Europe and the United States throughout its 13-year history.

Todd Gresham, a <u>Xyratex</u> executive vice president, has seen the program's effects on his people.

"The IT industry has a unique culture. Many came from venture-backed organizations, and this type of (exercise) tears down walls of intellectual prowess or macho success," Gresham said. "You see people

who are very powerful in the industry broken down to their rawest levels of emotion."

It works on a number of levels, said Dwight Burlingame, associate executive director of the Indianapolis-based Center on Philanthropy at Indiana University, a leading center on giving.

Many companies use this approach to increase morale, give employees a greater and clearer sense of purpose and develop a stronger understanding of the company's mission, Burlingame said.

"Firms are focusing in on how they can use community involvement programs to increase pride within their companies and increase morale," he said. "To be working for a company where you have that opportunity to build team pride in a business, that can provide another factor in the sense of engagement with the employer."

Xyratex employees, including about 450 in West Sacramento, produce data storage technology that has been embedded in systems for machinery as diverse as the space shuttle and GE Healthcare's mammography equipment, Gresham said.

"The person you're building that for could be your wife or your daughter," Gresham said. "It brings home that (the customer) is not just buying sheet metal and software."

Company executives emphasize delivering quality products that meet customer needs, so it was no surprise that Xyratex employees were anxiously awaiting signs of approval when the door swung open for the nine children who had no idea what they'd be receiving.

"Do they look like new bikes?" Odyssey facilitator Todd Demorest asked. "Who's No. 5? They built you a brand new bike!"

No. 5 was 10-year-old Alondra Tovar.

"I was really in shock," Tovar said later, standing next to her bicycle. "It was amazing that they gave us (each) a bike."

That's the payoff for Odyssey's Hensley.

"For the 99 percent who are skeptics, there's the 1 percent who say, 'I want to enjoy my work,' " Hensley said. "We want them to say, 'When I created this hand, I could probably do that more often, and I can probably change the life of someone two cubicles away.' They forget. That child, that hand, embodies that purpose."

288-5B28HELMET.embedded.prod_affiliate.4.JPG

Xyratex employees Ed Prager, left, and Penny Gillhan put together one of the nine bikes destined as gifts for children from the Boys & Girls Clubs of Greater Sacramento Randall Benton / rbenton@sacbee.com

Alondra Tovar, 10, gets her new helmet adjusted, which goes along with the bicycle she received from Xyratex. Randall Benton / rbenton@sacbee.com

bike building activity

bike building teambuilding    Build a bike    corporate philanthropy    holistic philanthropy

Philanthropic team building    prosthetic hand    Team Building    teams building bikes

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**Name ***

**Email ***

**Website**

**Comment**





HOME    PROGRAMS ⌄    ABOUT ⌄    CLIENTS ⌄    BLOG    SHOP

CONTACT



Home    Team Building    Why can't a bike built by a team for children stand up on its own? Because it's two tired

# WHY CAN'T A BIKE BUILT BY A TEAM FOR CHILDREN STAND UP ON ITS OWN? BECAUSE IT'S TWO TIRED

21 February 2008      Team Building      Leave a comment

Have you often noticed that from the outside everything looks bright, shiny, strong, and new – like a brand new bike? Then when looking closely realize there isn't a kickstand to hold it up, nor a person to give it support for it's ultimate use?

People on teams need support; even if they are over there by themselves looking 'OK'. Is it safe enough

for them to say 'help, please'? Are you in tune enough to notice they're off their game and offer them help?

Teambuilding programs such as Odyssey's Life Cycles – bicycle building program provide opportunities for people to practice asking for help and for helping others. People are willing to do so because the teambuilding environment is politically level and because the tasks are mostly new for everyone involved. There is 'no shame' in asking for help…even if it's "How do I build a bike? Also, people don't get an 'I'm good, I can do it alone' response when they are offered a helping hand. It's safe, thus, more people are willing to offer support and wisdom and ask for it too.

So whether you're going to build a bike or not…keep your eye on what systems or what people are in place to let that piece of potential reach its maximum. Make it safe for someone to say "I need a kickstand" or "let me help you get that bike going".

bicycle built for kids     bike building for children     Build a bike     teambuilding

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

# EXHIBIT 12

**Upload**   Sign in



## Life Cycles - Build-a-bike program - The original philosophy

 **OdysseyTeams**
Subscribe   29                                                      1,798

Add to    Share    More                                             3    0

**Uploaded on Jun 2, 2010**
In their commitment to bring relevant training experiences to corporations and their employees, Odyssey invented the first ever bicycle building simulation to teach the art of customer service and teamwork. Now, 10 years later, more than 80,000 participants have built more than 13,000 bicycles all over the

**SHOW MORE**


**Webinar #6: Lifecycle Costing Approach**
by Sean Furey
572 views


**Charity Bicycle Challenge - Corporate Team Building -**
by CBSTAdventures
774 views


**World Hospice Day Ride 2011 Singapore GoPro Hero HD**
by Thomas Timlen
954 views


**Helping Hands - Build-a-Hand program - PRE-BUILD**
by OdysseyTeams
3,337 views


**Wike Bike Exports Trailers, Sustainable Philosophy**
by UPS
3,821 views


**Bayer Bike Building Team Building Event with Be**
by Be Legendary
1,697 views


**Building More than a Bike**
by filminglarry
2,064 views


**Bikes Make Life Better – Making of**
by peopleforbikes
4,484 views


**Helping Hands™ program - Thank you!**
by OdysseyTeams
812 views


**Life Cycles - A MTB Teaser 2012**
by Eric / Caden (Nicecreamovie)
83,781 views


**The Lifestyle of a Bicycle Shop Owner: Part 1**
by 中川伊希
566 views

**Bristol World Naked Bike Ride 2011**
by BristolWNBR
49,091 views

**Rotterdam Fixed Gear on Tussen Tuig & Talent**
by baschz
11,784 views

**The Frame (an overview of CCA's Industrial Design**
by California College of the Arts
5,456 views

**Amsterdam Loves Bikes!**
by Ivvamsterdam
90,590 views

# CONLEY ROSE

A Professional Corporation

### DALLAS OFFICE

INTELLECTUAL PROPERTY LAW
INCLUDING PATENTS, TRADEMARKS,
COPYRIGHTS AND UNFAIR COMPETITION

WWW.CONLEYROSE.COM

GRANITE PARK THREE
5601 GRANITE PARKWAY, SUITE 500
PLANO, TEXAS 75024-6616

(972) 731-2288
FACSIMILE (972) 731-2289

HOUSTON OFFICE
(713) 238-8000

AUSTIN OFFICE
(512) 391-1900

Writer's Direct Dial: (972) 731-2277
Email: kharkins@dfw.conleyrose.com

November 7, 2014

***First Class Mail and***
***Certified Mail, Return Receipt Requested***

Best Corporate Events
Scott Flynn
1540 Gulf Blvd., #1804
Clearwater, Florida  33767

        Re:    BUILD-A-BIKE® Trademark Rights
                 Owner:  Doug Staneart
                 Conley Rose File: 4456-00900

My firm represents Doug Staneart in his intellectual property matters.  As you know, Mr. Staneart is in the business of providing educational, training and coaching services in the field of personal and professional development, leadership, communication and team building skills for individuals and groups.   Mr. Staneart provides these services under multiple trademarks, including his BUILD-A-BIKE® mark.  He has developed substantial rights and goodwill in his marks and is committed to protecting such rights and goodwill.

You should know that Mr. Staneart began using his BUILD-A-BIKE® mark over nine (9) years ago, at least as early as October 15, 2005, and his use has been continuous to date.  Mr. Staneart offers his BUILD-A-BIKE® services to individuals and organizations throughout the United States.  Under U.S. trademark law, the protection offered to my client allows him to prevent any party from subsequently using the same or similar marks in connection with the same or similar goods and services.  Included in Mr. Staneart's trademark rights are the following U.S. Trademark Registrations:

BUILD-A-BIKE, U.S. Trademark Registration No. 3,535,706, Registered November 18, 2008. ***(Exhibit 1)***
BUILD-A-BIKE, U.S. Trademark Registration No. 4,542,884, Registered June 3, 2014. ***(Exhibit 2)***

CONLEY ROSE, P.C.                                                      DALLAS

November 7, 2014
Page 2

It is therefore a matter of grave concern to learn that you and Best Corporate Events are providing competitive services and using my client's BUILD-A-BIKE® mark in connection with these services. We first note that numerous pages on your website at http://bestcorporateevents.com/ indicate that your "Bike Build Donation" event is affiliated with BUILD-A-BIKE®. Specifically, the language used on your website suggests that "Bike Build Donation" is a continuation of the "Build A Bike Charity programs". Examples of the webpages and impermissible uses of which I am specifically aware, are listed below and copies of the website pages are enclosed.

Use at http://bestcorporateevents.com/program/bike-build-donation/ (accessible directly and via redirect from http://www.bestcorporateevents.com/Pages/btb_program_detail.lasso?-KeyValue=103) *(Exhibit 3)*:

The webpage http://bestcorporateevents.com/program/bike-build-donation/, while promoting Best Corporate Events' "Bike Build Donation" nonetheless plainly puts to use the BUILD-A-BIKE® mark when it states the following:

"BEST NEW BUILD A BIKE CHARITY IDEA IN 20 YEARS!";

"Our build a bike charity event now features…"; and

"Our build a bike team building program will strengthen your team and touch their hearts."

Use at http://bestcorporateevents.com/charitable/ (accessible directly and via redirect from http://www.bestcorporateevents.com/pages/btb_green_charitable.lasso) *(Exhibit 4)*, http://bestcorporateevents.com/team-building/ (accessible directly and via redirect from http://www.bestcorporateevents.com/pages/btb_program_team_building.lasso) *(Exhibit 5)*, and http://bestcorporateevents.com/top-ten/ (accessible directly and via redirect from http://www.bestcorporateevents.com/pages/btb_top-ten.lasso) *(Exhibit 6)*:

The webpages at http://bestcorporateevents.com/charitable/, http://bestcorporateevents.com/team-building/ and http://bestcorporateevents.com/top-ten/ falsely imply that Best Corporate Events is the owner of the BUILD-A-BIKE® mark and developer of the associated services by stating: "After delivering the best Build A Bike Charity programs in America for the past 20 years, we proudly announce the future of this very popular event."

In addition to misusing my client's BUILD-A-BIKE® trademark on your website, we note you are deliberately attempting to interfere with my client's business by purchasing its mark as a keyword in connection with Google's AdWords program and other online advertising services. A search for "build-a-bike" via Google brings up a search results page with a sponsored advertisement for Best Corporate Events at the very top of the page. Moreover, this

CONLEY ROSE, P.C.                                              DALLAS

November 7, 2014
Page 3

sponsored link directly incorporates my client's BUILD-A-BIKE® mark in its heading as "Build A Bike" *(Exhibit 7)*.

Similarly, a search for the phrase "build-a-bike team building" in various other Internet search engines yields similar results. Attached as *Exhibit 8* are numerous examples of Internet searches via search engines other than Google, where advertisements for Best Corporate Events prominently appear at the top of the page when the phrase "build-a-bike team building" is entered. Such evidence is overwhelmingly convincing that you are purposefully using my client's BUILD-A-BIKE® trademark and the goodwill associated with it to promote your own business.

The foregoing uses of "Build A Bike" on your website and in connection with Internet advertisements directly compete with my client's services and are clear infringements of the BUILD-A-BIKE® trademark. These uses on your website have created a likelihood that customers will be confused into believing that some connection exists between you and my client. Using another's trademark in a manner likely to cause confusion as to affiliation, connection or association of the advertiser with the owner of the mark is also unfair competition. Such false advertising is prohibited and actionable under federal law.

In view of Mr. Staneart's rights to the BUILD-A-BIKE® mark, we must insist that you immediately discontinue the use of "Build A Bike", and all variations thereof, including any other marks that have a similar look, sound, or meaning, in connection with your services. You must remove the infringing content from your website and any and all additional advertising, promotional material, and documents that bear the phrase "Build A Bike" or other infringing terms must be destroyed or otherwise conspicuously relabeled in a non-infringing manner.

You should be aware that Mr. Staneart protects his trademarks against infringers. We urge you to contact the undersigned, or have your attorney contact the undersigned, to provide satisfactory assurances that you will immediately cease all use of "Build A Bike" and discontinue all other infringing actions. If we do not hear from you or your attorney within twenty (20) days of the date of this letter, we will assume that you have decided to ignore Mr. Staneart's rights, and we will advise him accordingly.

Sincerely,

CONLEY ROSE, P.C.

Kristin Jordan Harkins

Kristin Jordan Harkins

Enclosures

c:     Doug Staneart

# EXHIBIT 1

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 3,535,706

Registered Nov. 18, 2008

### SERVICE MARK
### SUPPLEMENTAL REGISTER

# Build-A-Bike

STANEART, DOUG (UNITED STATES INDIVI-
   DUAL)
3233 SPRING CREST CT
HURST, TX 76053

FOR: EDUCATION SERVICES, NAMELY, PRO-
VIDING CLASSES, SEMINARS, AND WORKSHOPS
IN THE FIELD OF TEAM BUILDING AND LEA-
DERSHIP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-15-2005; IN COMMERCE 10-15-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,150,282.

SER. NO. 77-445,644, FILED P.R. 4-10-2008; AM. S.R.
9-12-2008.

BRIAN PINO, EXAMINING ATTORNEY

# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# BUILD-A-BIKE

**Reg. No. 4,542,884**

**Registered June 3, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

DOUG STANEART (UNITED STATES INDIVIDUAL)
6703 CORONATION CT
ARLINGTON, TX 76017

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, WORKSHOPS, LECTURES, AND SELF-PACED TRAINING PROGRAMS IN THE FIELD OF PERSONAL AND PROFESSIONAL DEVELOPMENT, LEADERSHIP, COMMUNICATION, AND TEAM BUILDING AND DISTRIBUTION OF EDUCATIONAL MATERIALS IN CONNECTION THEREWITH; PERSONAL COACHING SERVICES IN THE FIELD OF PERSONAL AND PROFESSIONAL DEVELOPMENT FOR INDIVIDUALS AND GROUPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-15-2005; IN COMMERCE 10-15-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,535,706.

SEC. 2(F).

SER. NO. 86-079,796, FILED 10-1-2013.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

# EXHIBIT 3



Home | Team Building | SmartHunts | Charitable | Entertainment | Cooking | Training | Top 10 | About Us

## Bike Build Donation

Request a Quote



BEST NEW BUILD A BIKE CHARITY IDEA IN 20 YEARS! After organizing and delivering the best bike builds in America for the past 20 years, we proudly announce the future of this very popular charitable event.

Bike Build Donation is one of our most popular philanthropic team building programs, and every bicycle your group builds comes with a cool helmet and a lock for safety and security. Our build a bike charity event now features Apple iPads® delivering text, audio and video clues, exciting gaming challenges, and the ability to capture and save all your memories of this heartwarming event with photos and video of your team in action.

After a fun icebreaker to get everyone "in gear," your group will be formed into teams and receive their tool kits and iPads. Teams with correct answers to their iPad challenges will be rewarded with a trip to our bike store to obtain the parts they need for the build.

Teams will utilize the tools of organization, delegation, communication, and some mechanical skills to build their bikes and complete the fun challenges presented on their iPads. After the bikes have been built, our bike mechanic will inspect them so your teams can race them on an obstacle course set up nearby. After the race, teams will add bike accessories and personal touch decorations.

At the conclusion of the program, your group can present these beautiful, finished bicycles to deserving children – accompanied by a local charity representative who will address your group and thank you for your donation. Our build a bike team building program will strengthen your team and touch their hearts.

To ensure a great experience, aspects of these team building activities may be modified for your group size, group make-up, time available, and other variables.



① ② ③ ④



**Client Comments**

"Your Bike Build Donation was by far one of our best events. My whole team had wonderful things to say about your lead facilitator, your staff and the event itself. Our VP sent a note to the SVP praising the event and recommending that all of his teams do this event. What a great way to give back to the community. Having the kids come at the end was a very special touch that will be remembered forever. Thank you so much for making this event a huge success!"

**Group Size:** 30 to 1,000+

**Team Size:** 8 to 10

**Program Length:** 2 to 2.5 hours

**Space Requirement:** 20 square feet per person

**Team Building Elements**

- ● Trust and Relationships
- ● Planning And Accountability
- ● Communication Skills
- ● Collaborative Idea Sharing
- ◐ Competition
- ◐ Physicality
- ◐ Goal Setting
- ○ Creative Problem Solving Skills

**Goals, Outcomes and Debrief Topics**

- *Reaching Out to Provide Assistance* - The Bike Build Donation is a valuable reminder of the impact you will have when giving to others.
- *Broaden your Support Team* - To have fun and get to know your team better while establishing the camaraderie and bonding which occurs from completing a rewarding event.
- *Morale Booster* - You will walk away feeling energized and hopeful when you see the effects of this program. It will drive your passion and lift your energy when you see the looks on the faces of these children.

**Pricing**

Pricing varies depending upon the number of participants (minimum of 30) and includes Huffy® bicycles, helmets and locks, the team building program, prep, production coordination and all materials, program design, a professional lead facilitator and staffing.

© Best Corporate Events, LLC. | Offices Nationwide | Phone: 800.849.TEAM | Fax: 800.380.1963 | Sales@BestCorporateEvents.com

Privacy Policy | Professional Planner Login | DMC Partner Login | Meetings & Incentive Partner Login

All Rights Reserved | National Headquarters: Best Corporate Events LLC, 1964 Bayshore Blvd, Suite C, Dunedin, FL, 34698

Intellectual Property Statement: Our images and content are digitally watermarked by Digimarc Discover™ and our videos are monitored by Brightcove™. The information on this site is proprietary and describes programs and events designed and delivered solely by Best Corporate Events LLC from our regional offices nationwide.

APP 279

# EXHIBIT 4



## Charitable CSR Team Building Activities



### A Minute 2 Win It! for Charity
`New`

A Minute 2 Win It! for Charity is a charity team building event that will bring out the best in team spirit and a sense of community responsibility from your participants as they compete in tabletop challenges to earn items to build and donate to a local charity. It's a race to complete as many bikes or teddy bears for children, or wheelchairs for the underprivileged. Fast-paced fun, teamwork, and competition are at the heart of every A Minute 2 Win It for Charity! team building event we deliver.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 hours    >>More Info



### Art of Giving
`iPads`

In the Art of Giving charity team building program, your group will paint a huge, wonderful canvas for donation to a public care facility. These colorful works of art will adorn the walls for all residents to enjoy. This is a great way to build teamwork skills among your employees, while enriching the lives of people in your community. We manage to instill a great sense of accomplishment in creating these beautiful works of art while making the artwork itself pretty foolproof.

**Group Size:** 30 to 500+    **Team Size:** Varies    **Program Length:** 2 to 2.5 hours    >>More Info



### Bike Build Donation
`Video`  `Top Ten`  `iPads`

After delivering the best Build A Bike Charity programs in America for the past 20 years, we proudly announce the future of this very popular event. With help from our proprietary app and Apple iPads®, we have developed the most high-energy, high-tech Bike Build Donation program in the world! This worthwhile program now features text, audio and video clues, gaming, fun challenges and activities and the ability to capture and save all your memories of this truly heartwarming event.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info



### Build-A-Wheelchair®
`Video`  `Top Ten`  `iPads`

Build-A-Wheelchair® is another first in charity team building activities that we have created, perfected and trademarked. In this fun and worthwhile event, teams use iPads® and our proprietary apps to complete tasks to earn the parts and materials necessary to assemble, test, and decorate wheelchairs for donation. This program will touch your team's heart and make it an inspiring day that all will remember, all while helping disabled Americans with serious mobility issues.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info

# EXHIBIT 5



## Corporate Team Building



### A Minute 2 Win It!                    `Video`  `Top Ten`

A Minute 2 Win It! is a fast-paced event that will have your teams laughing, cheering and vying to become the A Minute 2 Win It! Champion. Your group will be formed into teams to compete in increasingly difficult challenges using everyday household items. This team building program begins with each team at a "station" with all of the materials necessary to compete. After a fun demo and practice session, each challenge is played in 60 seconds and points are awarded accordingly.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 hours    >>More Info



### Amazing Chase

In Amazing Chase, your group will be competing in their very own amazing race! After you choose a race area, our facilitators will develop customized challenges and clues to create your exciting racecourse. When teams successfully arrive to each race stop, they will participate in challenges and stunts to gain points and win clues to the next stop on the route. Once your team has completed all the challenges, it's time to race the other teams and the clock, back to the finish line.

**Group Size:** 30 to 500+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info



### Art of Networking                    `New`

In the Art of Networking, participants are given a chance to combine art and community by collaborating to create a beautiful "paint-by-number" mural during a corporate event or social! We can provide one of the beautiful paintings in our inventory or create one especially for your company. As painters hand off their brush to the next "artist," pre-selected questions prompt meaningful dialogue – planting the seeds for relationship building and networking.

**Group Size:** 30 to 1,000+    **Team Size:** N/A    **Program Length:** 2 to 2.5 hours    >>More Info



### Bike Build Donation                    `Video`  `Top Ten`  `iPads`

After delivering the best Build A Bike Charity programs in America for the past 20 years, we proudly announce the future of this very popular event. With help from our proprietary app and Apple iPads®, we have developed the most high-energy, high-tech Bike Build Donation program in the world! This worthwhile program now features text, audio and video clues, gaming, fun challenges and activities and the ability to capture and save all your memories of this truly heartwarming event.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info

# EXHIBIT 6



## Top 10 Events!

### A Minute 2 Win It!

Video | Top Ten

A Minute 2 Win It! is a fast-paced event that will have your teams laughing, cheering and vying to become the A Minute 2 Win It! Champion. Your group will be formed into teams to compete in increasingly difficult challenges using everyday household items. This team building program begins with each team at a "station" with all of the materials necessary to compete. After a fun demo and practice session, each challenge is played in 60 seconds and points are awarded accordingly.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 hours    >>More Info

### Bike Build Donation

Video | Top Ten | iPads



After delivering the best Build A Bike Charity programs in America for the past 20 years, we proudly announce the future of this very popular event. With help from our proprietary app and Apple iPads®, we have developed the most high-energy, high-tech Bike Build Donation program in the world! This worthwhile program now features text, audio and video clues, gaming, fun challenges and activities and the ability to capture and save all your memories of this truly heartwarming event.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info

### Bridge to the Future™

Video | Top Ten

In this exciting corporate team building event, teams work together to build an actual bridge that has the strength to support the weight of a manned golf cart driven across it. There are two amazing aspects of this project. One is that each section of the bridge will be an independent artistic representation of your future mission and goals. The other is that the principal building materials of the structure are cardboard and duct tape! This is truly one of our best team building activities.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info

### Build-A-Wheelchair®

Video | Top Ten | iPads



Build-a-Wheelchair® is another first in charity team building activities that we have created, perfected and trademarked. In this fun and worthwhile event, teams use iPads® and our proprietary apps to complete tasks to earn the parts and materials necessary to assemble, test, and decorate wheelchairs for donation. This program will touch your team's heart and make it an inspiring day that all will remember, all while helping disabled Americans with serious mobility issues.

**Group Size:** 30 to 1,000+    **Team Size:** 8 to 10    **Program Length:** 2 to 2.5 hours    >>More Info

# EXHIBIT 7

build-a-bike

Sign In

Web    Shopping    Videos    Images    Maps    More ▾    Search tools

About 12,000,000 results (0.33 seconds)

### Build A Bike TeamBuilding - bestcorporateevents.com
Ad www.bestcorporateevents.com/bikes ▾   (800) 849-8326
Fun, Charitable Corporate Program. Motivation for 30-2500p from $85pp.
Experienced · Award-Winning · Cutting-Edge

Charitable Team Building                    Bike Build Program
High Tech Scavenger Hunts

### Build-A-Bike | SALES | PARTS | REPAIR
mybuilddabike.com/ ▾
Build-A-Bike is known for its amazing service and repair center, as well as having a
large selection of bicycles and scooters in stock. We are the best in the valley ...
Contact us - Shop - Brand - Cannondale

### How to Build Up a Bike - Instructables
www.instructables.com/id/How-to-Build-Up-a-Bike/ ▾   Instructables
This is a guide to building up a bike from parts. It should help you get the parts and
tools you need to get you pedalling along in no time. It assumes that you have ...

### Build-A-Bike Charity Team Building Event
www.build-a-bike.com/ ▾
Build-A-Bike® is the original charity team building event that revolutionized how fun
team building events are delivered! Almost a decade ago, The Leader's ...

### Bicycle Shop Charleston SC | Build Your Bicycle Online
www.affordabike.com/ ▾
Custom bicycle shop in Charleston SC featuring $20 rentals. Visit us on King St or call
843-789-3281. Affordabike.

### How to Build a Bicycle - Snapguide
https://snapguide.com/guides/build-a-bicycle/ ▾
I will teach you the basics to building a bicycle from purchased parts. note... I made
this guide with photos I already had from various bike builds. in some steps ...

### Build-a-Bike: Homepage - oly-wa.us
www.oly-wa.us/Bikes/ ▾
May 27, 2011 - The Community Build-a-Bike Project Homepage. The community Build-
a-Bike Project takes in donated bikes and related stuff. We then find ...

### How to Build a Bicycle - YouTube

www.youtube.com/watch?v=eYwNo02o7yU ▾
Mar 16, 2014 - Uploaded by Clint Gibbs
This video will show you how to build a bike starting with just a
frame.

### How to build a bike-part 1 of 12 - YouTube

www.youtube.com/watch?v=K2QvjC6k17A ▾
Feb 28, 2012 - Uploaded by parktoolcompany
This video is the first in a series that will review the process of
how to build a bike from frame and component ...

### Design Your Mission Bicycle | Mission Bicycle
https://www.missionbicycle.com/bike-builder ▾
Design Your Mission Bicycle. Parts & Specs; Colors; Upgrades ... Built one at a time
with durable American-made Velocity rims. #FF0040. #648AED. #A700A7.

### Build A Bike - MOVED - Glendale, AZ | Yelp
www.yelp.com › Shopping › Sporting Goods › Bikes › Yelp ▾

# EXHIBIT 8

build-a-bike team building Sh AOL Search Results

build-a-bike team building          SEARCH                                    Sign In

**Web**    Images    More    Tools                    SafeSearch

About 10,200,000 results

Ads related to build-a-bike team building

**Charitable Team Building - Fun & Rewarding Corporate Events**
www.bestcorporateevents.com/Charity
Motivation for 30-2500p from $60pp.
  High Tech Scavenger Hunts    Bike Build Program
  Charitable Team Building

**Fun Team Building Events - Frisco's #1 Rated Corporate Events**
www.paintingclassesfriscotx.com/Team
Call To Reserve Your Team's Date!
4112 Legacy Dr, 306, Frisco, TX 75034

**Interactive Team building - corporateteambuilding.com**
www.corporateteambuilding.com/
40 Fun Experiential Original Games High Energy Team Building Exercises
Interactive Team building - Charitable Team building - Game Store - Speaking
Engagements

**New Kind Of Team Building - msrhouston.com**
www.msrhouston.com/team-building-events
Hit The Track For A Fun & Memorable Team Building Event. Visit MSR.

**Best Team Building - Inspire your team's creativity**
www.paintingwithatwist.com/
Perfect for company outings.

More Offers: **team building** training, **team building** games

**Web Results**

**Build-A-Bike Charity Team Building Event**
www.build-a-bike.com/ - Similar
Build-A-Bike® is the original charity team building event that revolutionized how fun
team building events are delivered! Almost a decade ago, The Leader's ...

**Build-A-Bike Bicycle Team Building - The Leader's Institute**
www.leadersinstitute.com/team-building/bicycle-team-building
The Build-A-Bike Team Building Workshop is the original charity team building event
and the bicycle activity that started them all.

**Build a Bike for Charity - Together We Care - Team Bonding.com**
https://www.teambonding.com/programs/build-a-bike/
In this terrific build a bike for charity event, teams race to construct the ... most popular
team building program – The Charity Bike Build team building event!

**Team Building | Build A Bike Charity | Best Corporate Events**
bestcorporateevents.com/program/bike-build-donation/
Bike Build Donation is one of our most popular philanthropic team building programs, and
every bicycle your group builds comes with a cool helmet and a lock ...

**Bicycle Team Building Events**
bicycle-team-building-events.com/
Bicycle team building is still one of the hottest charity team building events, with good
reason! Build a bike together with our bike team building events.

**Build a Bike for Charity | Indoor Team Building Exercises ...**
www.teambuilding.ie › ... › Home › Indoor Team Building - Similar
A typical programme is "Build a Bike Workshop". In this workshop we teach you
everything you need to know about putting a bike together, with a fun and ...

**Bike Building - Teampedia**
www.teampedia.net/wiki/index.php?title=Bike_Building - Similar
Build-A-Bike® is the original charity team building ...

**Bike Build for Charity - impact 4 good**
www.impact4good.com/bike-build.html - Similar
Impact 4 Good is a socially conscious company specializing in teambuilding ... team

Ads

**Team Building Dallas**
www.dallasteambuilding.com/
Innovative team building activities
Great ideas for groups 10 to 1000+

**Bowlmor Team Events**
www.bowlmor.com/HolidayBowling
Bowling Is Team Building. Learn
About Our Holiday Event Packages.

**Team Building San Diego**
www.hikebikekayak.com/
Team Building Unlike Any Other
Teambuilding On The Beach-San Diego

**Building Design**
www.pbk.com/Architects
Master Planning, Design & Other
Services. Call For More Info Today
14001 Dallas Parkway, Suite 400, Dallas

**Team Building Activities**
www.songdivision.com/team-building
Award Winning Programs w Guaranteed
ROI. Any Size & Location. Call Now!

Ask.com What's your question?                                                        

**Answers**   Q&A Community                                          Advanced Search  |  Sign In

build-a-bike team building

Everything

Images

News

Videos

Shopping

More

Ads related to: **build-a-bike team building**

**Build A Bike TeamBuilding** - Charitable Giving-Back Programs
www.bestcorporateevents.com/**bikes**
Motivation for 30-2500p from $85pp.
High Tech Scavenger Hunts     Bike Build Program
Charitable Team Building

**Fun Team Building Events** - Frisco's #1 Rated Corporate Events
www.paintingclassesfriscotx.com/**Team**
Call To Reserve Your **Team's** Date!

**Interactive Team building** - corporate**teambuilding**.com
www.corporate**teambuilding**.com/
40 Fun Experiential Original Games High Energy **Team Building** Exercises
Interactive Team building     Charitable Team building
Game Store                    Speaking Engagements

**Best Team Building** - Inspire your **team's** creativity
www.paintingwithatwist.com/
Perfect for company outings.

**Team Building** Dallas - Choice of 40+ **team building** events
www.dallas**teambuilding**.com/
Great ideas for groups 10 to 1000+

**Explore Answers About**

**Team Building** Games          **Team Building** Issues
**Team Building** Skills          **Team Building** in the Workplace
**Team Building** Techniques      Free **Team Building** Activities
Free **Team Building** Exercise   **Team Building** Ideas
**Team Building** Exercises       **Team Building** Activities for Kids
Teamwork                         Team Bonding Activities

**More Answers**

Build-A-Bike Charity Team Building Event
www.build-a-bike.com/
Build-A-Bike® is the original charity team building event that revolutionized how fun
team building events are delivered! Almost a decade ago, The Leader's ...

Build-A-Bike Bicycle Team Building - The Leader's Institute
www.leadersinstitute.com/team-building/bicycle-team-building
The Build-A-Bike Team Building Workshop is the original charity team building event
and the bicycle activity that started them all.

Build a Bike for Charity - Together We Care - Team Bonding.com
www.teambonding.com/programs/build-a-bike/
In this terrific build a bike for charity event, teams race to construct the ... most
popular team building program — The Charity Bike Build team building event!

Bicycle Team Building Events
bicycle-team-building-events.com/
Bicycle team building is still one of the hottest charity team building events, with good
reason! Build a bike together with our bike team building events.

Team Building | Build A Bike Charity | Best Corporate Events
bestcorporateevents.com/program/bike-build-charity/
Bike Build Donation is one of our most popular philanthropic team building programs,
and every bicycle your group builds comes with a cool helmet and a lock ...

Build a Bike for Charity | Indoor Team Building Exercises Ireland ...
www.teambuilding.ie/team-building-events/indoor-team-building/build-a-bike-for-charity/
A typical programme is "Build a Bike Workshop". In this workshop we teach you
everything you need to know about putting a bike together, with a fun and ...

Bike Building - Teampedia
www.teampedia.net/wiki/index.php?title=Bike_Building

**Popular Q&A**

Q: **How to Build a Bike Rack**
A: Knowing how to build a bike rack can help you
   keep your bicycle (or bicycles) organized and
   prevent them from tipping over and either
   damaging themselves or the... Read More »
   Source: www.life123.com

Q: **How to Build a Bike Shed.**
A: 1. First, you must prepare the area on which you
   want to build the bike shed. Make sure the area
   is solid ground and that it is also reasonably
   level because le... Read More »
   Source: www.ehow.com

Q: **How to Build a Bike Light.**
A: 1. Source your bicycle light that will be modified
   to accept the new battery and bulb combination.
   Just about any light that is somewhat
   rectangular in shape an... Read More »
   Source: www.ehow.com

Q: **How hard is it to build a bike?**
A: Like most things, it depends. In this case, it
   depends on your knowledge of bicycle
   maintenance. Short answer: Took about five
   months of weekends.  Could have d...
   Read More »
   Source: www.quora.com

Q: **How do you build a bike?**
A: magicly. Read More »
   Source: wiki.answers.com

APP 290

 **info**.com

build-a-bike team building                                                    Find

Ads

Results from:
**Google** + **bing** +
**YAHOO!** + **Yandex**

**Web**
Topics
Shop
Jobs
Images
News
Video

**Related Searches**

**Build A Bike TeamBuilding - Fun, Charitable Corporate Program**
www.bestcorporateevents.com/bikes
Motivation for 30-2500p from $85pp.
High Tech Scavenger Hunts    Bike Build Program
Charitable Team Building

Build-A-Bike Team Building Workshop

Build A Bike Team Building California

Build A Bike Team Building Houston

Build A Bike Team Building San Diego

Build A Bike Team Building Chicago

**Fun Team Building Events - Frisco's #1 Rated Corporate Events**
www.paintingclassesfriscotx.com/**Team**
Call To Reserve Your **Team**'s Date!

**Fun Team Building Idea - Team Outing + Friendly Competition**
msrhouston.com/**Team-Building**-Events
Schedule Your Karting Event Today.

**Interactive Team building**
www.corporate**team**building.com/
40 Fun Experiential Original Games High Energy **Team Building** Exercises
Interactive Team building    Charitable Team building
Game Store             Speaking Engagements

**Are you looking for?**

**Build-A-Bike Team Building** Workshop      Build A Bike **Team Building** California
Build A Bike **Team Building** Houston       Build A Bike **Team Building** San Diego

**Build-A-Bike** Charity **Team Building** Event
www.build-a-bike.com/
Build-A-Bike® is the original charity **team building** event that revolutionized how fun **team
building** events are delivered! Almost a decade ago, The Leader's ...

**Build-A-Bike** Bicycle **Team Building** - The Leader's Institute
www.leadersinstitute.com/...ing/bicycle-**team**-building
The **Build-A-Bike Team Building** Workshop is the original charity **team building** event and
the bicycle activity that started them all.

Build a bike for Charity - Together We Care - **Team** Bonding.com
www.teambonding.com/programs/build-a-bike/
In this terrific build a bike for charity event, **teams** race to construct the ... most popular **team
building** program – The Charity Bike Build **team building** event!

**Build-A-Bike Team Building** Events (800) 872-7830 - Home
buildabiketeambuilding.com
**Build-A-Bike Team Building** is the original charity bicycle **team building** event

**Team Building | Build A Bike Charity | Best Corporate Events**
bestcorporateevents.com/...ogram/bike-build-donation/
Bike Build Donation is one of our most popular philanthropic **team building** programs, and
every bicycle your group builds comes with a cool helmet and a lock ...

**Bicycle Team Building Events**
bicycle-**team-building**-events.com/
Bicycle **team building** is still one of the hottest charity **team building** events, with good
reason! Build a bike together with our bike **team building** events.

Build a bike - Build bikes for Kids - Corporate **Team Building** ...
www.professionalteambuilding.com/...ycle-factory.html
The Bicycle Factory™ is a unique **team building** workshop and powerful **team** philanthropy
experience which can be customized to meet ...

Build a Bike for Charity | Indoor **Team Building** Exercises Ireland ...
www.teambuilding.ie/...ding/build-a-bike-for-charity/
A typical programme is "Build a Bike Workshop". In this workshop we teach you everything
you need to know about putting a bike together, with a fun and ...

APP 291

Web   Images   Videos   News                                    Contact Us   About Us   Partner Network

 **infospace**        build-a-bike team building                    Search

- ☐ **Web**
- ☐ **Images**
- ☐ **Videos**
- ☐ **News**

Ads

**Build A Bike TeamBuilding - Fun, Charitable Corporate Program**
www.bestcorporateevents.com/**bikes**
Motivation for 30-2500p from $85pp.

High Tech Scavenger Hunts    Bike Build Program

Charitable Team Building

**Fun Team Building Events - Frisco's #1 Rated Corporate Events**
www.paintingclassesfriscotx.com/**Team**
Call To Reserve Your **Team's** Date!

**Interactive Team building - corporateteambuilding.com**
www.corporate**teambuilding**.com/
40 Fun Experiential Original Games High Energy **Team Building** Exercises

Interactive Team building    Charitable Team building

Game Store               Speaking Engagements

**$25—Neon Dash 5k Fun Run - Ultimate Night Glow Run Walk 5k.**
www.NeonDash.com
Prices Increase to $60 Soon, Hurry!

**Paintball Team Building | paintballfunontherun.com**
www.paintballfunontherun.com/
Let Fun On The Run host your next corporate outing. Visit Today

Searches related to build-a-bike team building
Building Games    Building Contr...    Building Carport

Web Results

**Build-A-Bike Charity Team Building Event**
www.build-a-bike.com
Build-A-Bike® is the original charity **team building** event that revolutionized how fun
**team building** events are delivered! Almost a decade ago, The Leader's Institute ...

**Build-A-Bike Team Building Events (800) 872-7830 - Home**
buildabiketeambuilding.com
**Build-A-Bike Team Building** is the original charity bicycle **team building** event

**Build-A-Bike Bicycle Team Building - Leader's Institute**
www.leadersinstitute.com/...ing/bicycle-**team**-building
The **Build-A-Bike Team Building** Workshop ® and charity event is a brainy,
challenging, program where your group is divided into **teams** to solve specific
challenges in ...

**Build a bike - Build bikes for Kids - Corporate Team Building ...**
www.professionalteambuilding.com/...ycle-factory.html
The Bicycle Factory™ is a unique **team building** workshop and powerful **team**
philanthropy experience which can be customized to meet ...

**Build-A-Bike ® Team Success Stories - Build-A-Bike Team ...**
buildabiketeambuilding.com/...ike-reg-**team**-success...
"Our group LOVED not only the **build-a-bike** activity but the **team building** activities
that took place prior. Sometimes **team building** can feel as though it drags on ...

**Bike-A-Thon™ Bicycle Team Building - Magnovo Training Group**
magnovo.com/...ty-**team**-building/bicycle-**team**-building
Bicycle **team building** is the hottest **team building** event right now, and for a very
good reason! This Charity **Team Building** Workshop will help your **team** learn to ...

**Bicycle Team Building - Bicycle Team Building | Charity Team ...**
www.bicycle-teambuilding.com
Bicycle **Team Building** ... experiences which provide your **team** the problem solving
skills necessary to earn the tools and bicycle parts to build a bike for ...

**Team Building - Leader's Institute**
www.leadersinstitute.com/**team**-building
The Leader's Institute ® is a **team building** company and world leader in creating and
delivering fun corporate **Team** Activities and Games. We offer both indoor and ...

APP 292

Web   **Images**   **News**   **Videos**   **Shopping**   **Maps**   **Recipes**

build-a-bike team building

**Web**   Images   News   Videos   Shopping

Maps   Recipes

About
10,200,000
results

Ads related to **build-a-bike team building**

## Build A Bike TeamBuilding - Fun, Charitable Corporate Program
www.bestcorporateevents.com/**bikes**
Motivation for 30-2500p from $85pp.

High Tech Scavenger Hunts   Bike Build Program
Charitable Team Building

## Fun Team Building Events - Frisco's #1 Rated Corporate Events
www.paintingclassesfriscotx.com/**Team**
Call To Reserve Your **Team's** Date!
4112 Legacy Dr, 306, Frisco, TX

## Fun Team Building Idea - Team Outing + Friendly Competition
msrhouston.com/**Team-Building**-Events
Schedule Your Karting Event Today.

Corporate Events   Race for Charity
Racecar Rides   Drive a Racecar
Team Building

## Interactive Team building -

Searches Related to **build-a-bike team building**

**What Is the Definition of** Team Building?

**Free** Team Building **Activities**

Team Building **in the Workplace**

Team Building **Games**

**Why Is** Team Building **Important?**

Team Building **Techniques**

Team Building **Skills**

**Free** Team Building **Exercise**

Related Searches

Team Building **Issues**

Team Building **Exercises**

Team Building **Ideas**

**Benefits of** Team **Building**

Team Building **Slogans**

Team Building **Activities for Kids**

Team Building **Games for Work**

Team Building **Quotes**

**Corporate** Team **Building**

Team Building **Activities You Can Download**

Related Links

Teamwork

Characteristics of a Good Team

Team Bonding Activities

I Need Free Icebreakers

Team Mottos

Search History

build-a-bike team building

build-a-bike

Clear All  Turn Off

APP 293

build-a-bike team building - Web - WebCrawler

WebCrawler

build-a-bike team building

**Search**

Preferences
Help
Search Filter: Moderate

web

images

videos

news

Ads

**Build A Bike TeamBuilding**
www.bestcorporateevents.com/bikes
Fun, Charitable Corporate Program. Motivation for 30-2500p from $85pp.

**Fun Team Building Events**
www.paintingclassesfriscotx.com/Team
Frisco's #1 Rated Corporate Events. Call To Reserve Your **Team's** Date!

**Interactive Team building**
www.corporateteambuilding.com/
40 Fun Experiential Original Games High Energy **Team Building** Exercises
Interactive Team building - Charitable Team building

**Best Team Building**
www.paintingwithatwist.com/
Inspire your **team's** creativity. Perfect for company outings.

**$25 Neon & Foam 5K Run | NeonDash.com**
www.NeonDash.com
Free T-Shirt, Live DJ & Performers, Giveaways, Food, Drinks — Join Now!

**Build-A-Bike Charity Team Building Event**
www.build-a-bike.com
Build-A-Bike® is the original charity **team building** event that revolutionized how fun **team building**
events are delivered! Almost a decade ago, The Leader's Institute ...

**Build-A-Bike Team Building Events (800) 872-7830 - Home**
buildabiketeambuilding.com
**Build-A-Bike** Team Building is the original charity bicycle **team building** event

**Build-A-Bike Bicycle Team Building - Leader's Institute**
www.leadersinstitute.com/...ing/bicycle-team-building
The **Build-A-Bike Team Building** Workshop ® and charity event is a brainy, challenging, program where
your group is divided into **teams** to solve specific challenges in ...

**Build a bike - Build bikes for Kids - Corporate Team Building ...**
www.professionalteambuilding.com/...ycle-factory.html
The Bicycle Factory™ is a unique **team building** workshop and powerful **team** philanthropy experience
which can be customized to meet ...

**Build-A-Bike ® Team Success Stories - Build-A-Bike Team ...**
buildabiketeambuilding.com/...ike-reg-team-success...
"Our group LOVED not only the **build-a-bike** activity but the **team building** activities that took place
prior. Sometimes **team building** can feel as though it drags on ...

**Bike-A-Thon™ Bicycle Team Building - Magnovo Training Group**
magnovo.com/...ty-team-building/bicycle-team-building
Bicycle **team building** is the hottest **team building** event right now, and for a very good reason! This
Charity **Team Building** Workshop will help your **team** learn to ...

**Bicycle Team Building - Bicycle Team Building | Charity Team**
www.bicycle-teambuilding.com
Bicycle **Team Building** ... experiences which provide your **team** the problem solving skills necessary to
earn the tools and bicycle parts to build a bike for ...

**Team Building - Leader's Institute**
www.leadersinstitute.com/**team-building**
The Leader's Institute ® is a **team building** company and world leader in creating and delivering fun
corporate **Team** Activities and Games. We offer both indoor and ...

**Bicycle Team Building Events - Bicycle Team Building Events ...**
bicycle-team-building-events.com
Bicycle **team building** is still one of the hottest charity **team building** events, with good reason! Build a
bike together with our bike **team building** events.

**Wheels For The World | Corporate Team Building Activities**
teambuildersplus.com/...building/wheels-for-the-world
Participants complete **team building** activities to earn the parts of real children's bicycles; **Teams**
strengthen communication, cooperation, friendship, ...

Ads

Are you looking for?

Building Games

Building Contractors

Building Carport

Bodybuilding

Build House

Build Pole Building

Portable Buildings

Farm Buildings

Recent Searches

build-a-bike

Hide     Clear all

APP 294

build-a-bike team building | Wow.com Results

---

build-a-bike team building

About 4,790,000 results

Web                                                   Ads

**Build A Bike TeamBuilding** - Charitable Giving-Back Programs
www.bestcorporateevents.com/bikes
Motivation for 30-2500p from $85pp.
High Tech Scavenger Hunts    Bike Build Program
Charitable Team Building

Images

Videos

**Related Searches**
build a bike team building activity
build a giraffe team building
build a boat team building
team building build a tower
team building build a bridge
how to build a raft team building
bicycle team building
charity team building

**Fun Team Building Events** - Frisco's #1 Rated Corporate Events
www.paintingclassesfriscotx.com/Team
Call To Reserve Your **Team's** Date!
4112 Legacy Drive, Ste 306, Frisco, TX

**Interactive Team building** - corporate**teambuilding**.com
www.corporate**teambuilding**.com/
40 Fun Experiential Original Games High Energy Team Building Exercises

**Best Team Building** - Inspire your **team's** creativity
www.paintingwithatwist.com/
Perfect for company outings.

**Team Building** Dallas - Choice of 40+ **team building** events
www.dallas**teambuilding**.com/
Great ideas for groups 10 to 1000+

**Build-A-Bike** Charity **Team Building** Event
www.build-a-bike.com/
**Build-A-Bike®** is the original charity **team building** event that revolutionized how fun **team building** events are delivered! Almost a decade ago, The Leader's ...

**Build-A-Bike Bicycle Team Building** - The Leader's Institute
www.leadersinstitute.com/team-building/bicycle-team-building
The **Build-A-Bike Team** Building Workshop is the original charity **team building** event and the **bicycle** activity that started them all.

**Build a Bike** for Charity - Together We Care - **Team** Bonding.com
https://www.teambonding.com/programs/build-a-bike/
In this terrific **build a bike** for charity event, teams race to construct the ... most popular **team building** program – The Charity **Bike Build team building** event!

**Team Building | Build A Bike** Charity | Best Corporate Events
bestcorporateevents.com/program/bike-build-donation/
**Bike Build** Donation is one of our most popular philanthropic **team building** programs, and every **bicycle** your group **builds** comes with a cool helmet and a lock ...

**Bicycle Team Building Events**
bicycle-team-building-events.com/
**Bicycle team building** is still one of the hottest charity **team building** events, with good reason! **Build a bike** together with our **bike team building** events.

**Build a Bike** for Charity | Indoor **Team Building** Exercises ...
www.teambuilding.ie/team-building-events/indoor-team-building/build-a-bike-for-c...
A typical programme is "**Build a Bike** Workshop". In this workshop we teach you everything you need to know about putting a **bike** together, with a fun and ...

**Bike Building** - Teampedia
www.teampedia.net/wiki/index.php?title=Bike_Building
**Build-A-Bike®** is the original charity **team building** ...

**Bike Build** for Charity - impact 4 good
www.impact4good.com/bike-build.html
Impact 4 Good is a socially conscious company specializing in **teambuilding** ... team participation that result in earning materials required to **build** their **bikes**.

**Wheels For The World | Corporate Team Building** Activities
teambuildersplus.com/team-building/wheels-for-the-world
Our Wheels of the World **Bike Build team building** exercise gives your employees the opportunity to improve their team work skills and help a child a need.

**Bikes** for Tykes | Charity **teambuilding** activity | Corporate ...
www.corporatechallenge.com.au/team-building/bikes-tykes
A socially responsible corporate **teambuilding** activity. **Build a bike** for a tyke! Any size group. Available in Sydney, Melbourne and throughout Australia.

 Shopping results for **build-a-bike team building** on Wow Shopping

---