# EXHIBIT 12

**From:** doug@leadersinstitute.com [mailto:doug@leadersinstitute.com]
**Sent:** Friday, April 03, 2015 3:19 PM
**To:** Colette
**Subject:** Re: Voicemail

Colette,

I'm truly sorry that I offended you by calling you to try to settle these cases without going through attorneys. One of the things that I've figured out through this ordeal is that attorneys slow things down and confuse the issue, so I thought that two reasonable people might be able to settle the issues much easier than six different sets of attorneys. I am replying to your email (without permission from any attorney in either case) with what I would have told you in person if you had given me the chance.

The reason that I dropped the first case that I filed against you and Rob in Sept. of 2013 is that after I realized that someone was attacking my websites, I reported the website hacking and the intellectual property theft to the FBI, and they brought the evidence to the Asst. US Attorney (AUSA) in Indianapolis, where the FBI's intellectual property task force is headquartered. The AUSA there advised me that she would not pursue a criminal case against the two of you while a civil case was pending. So, I dropped the civil case to allow the FBI to pursue a criminal case against you and Rob. In the meantime, the local FBI office in Dallas also picked up the case separately based on the trademark counterfeiting and the non-return of the confidential TLI Handbook. The AUSA in Dallas didn't have the same restrictions that the Indiana AUSA had, so he allowed us to refiled the civil case while the FBI continued to investigate. Although I set up the Lisa Smith email account, I sent the first couple of responses to you, and I also forwarded those emails to the FBI. They directed me what to say and how to respond to each of the emails to/from you after the first couple of emails. The agents have all of those emails. They were most interested in the number of Novartis contracts that you claimed that Jackson had delivered compared to the number of Novarits contracts that he turned in as a contractor for TLI. That particular crime is called Criminal Conversion, and it is a form of Embezzlement. They also took note of all of the references (quotes from Magnovo clients) that you included in your proposals (especially the one that referenced Connie and Bill). (That is a form of Fraud.) They are also very interested in the contract that Magnovo delivered for Kellogg's in Ann Arbor. Ellen already confessed that she taught the program for you, and the FBI knows that Ellen was the primary contractor for Kellogg's for TLI.

The big thing that has came onto their radar in the last few weeks though was something that I missed, but thorough FBI agents find all kind of stuff. You claimed to have never received the TLI handbook that I sent to you (the one that you signed the non-disclosure for), but a photocopy of a page of the document was entered into evidence in this case by Mr. Vaught. Which means, not only did you receive it, but you disclosed it to at least four different people and inserted it into a public hearing in Florida and into a court case in Indianapolis after signing the non-disclosure, and you refused to return the property. That is a different form of intellectual property theft.

EXHIBIT 16
WIT: Stanean(
DATE: 7-19-16
S. Klinger, RMR-CRR

The flagrant hacking and trademark counterfeiting that has been done against my websites and my Build-A-Bike trademark is the thing that keeps the FBI digging around, though, because every time that an attack occurs against my websites, it shows up immediately on my weblogs. My websites show a HUGE attack that hit just a few hours after you and Jackson were served in the civil case, and they just don't know which one of you did it. There are similar attacks on my sites a couple days after we tried to serve the two of you in the very first case, another when we sent you both the certified letters, and a huge one when Rob first got served in Jan of 2014 for the first case. My guess was that it was Rob, which is why I extended an olive branch to you. The hacking of the websites is the thing that has gotten the most attention of the agents, because this is a new kind of crime, and they want to make headlines. Your attorney will likely tell you that when task forces are created, they like to break new ground. The attacks on the websites correspond to specific instances where something happened against you and Rob in the civil case. That case is circumstantial, but I think it will be pretty easy to get a jury to connect the dots.

The cybersquatting (www.letsbuildabike.com, www.buildabikecharity.com, www.charitybuildabike.com, www.buildabikeforcharity.com) websites don't appear to be a criminal offense, but there are civil statutory damages that apply per website that are pretty significant. These are offenses that don't need discovery to prove.

The reason for my call to you earlier in the week was that I made a big mistake in 2009 and a bigger mistake in 2011. In 2009, when Frank and Rob teamed up to try to steal The Leader's Institute from me, Frank looked like the mastermind. Frank was the one who created the Magnovo LLC. Frank was the one who hired the contractor to build the website. Frank was the one who convinced AllState to cancel their contract with TLI, and work with Magnovo instead. Frank was the one who received the phone call from Johnston & Johnston on his cellphone and sold them a TLI workshop under the Magnovo name. The only reason that I caught them was that Johnston & Johnston had the TLI fax number on file and sent the credit card information to the TLI fax number. Rob is excellent at covering his tracks and manipulating people into doing things for him. In 2011 when I allowed Rob to fulfill contracts again for TLI, Frank called me and warned me, and I was mean to him. I was mean to Frank because, from all the evidence, it looked like Frank was the one who was trying to hurt me, my family, and the people who depend on TLI for income. I took it personally. In the last couple years, though, I realized that the big mistake was allowing Rob back in to work on contracts for TLI.

It looks like Rob is doing the same thing to you that he did to Frank. If the FBI prosecuted both of you right now, you'd look very guilty, and Rob would likely get away Scott free. If you look at the things that I laid out above, the ones that are criminal offenses are the ones that point to you. (Just like Frank.) He most likely convinced you to do things that you knew were wrong, and made you think they were your ideas. He's good at that. He probably didn't send the Handbook page to Connie, he probably had you do it. He probably had you invoice the TLI clients by saying something like, "Your better at the details, why don't you do the invoicing and just give me a cut." He is very good at stroking ego's to get people to think that his ideas are their ideas. But now, he can say, "I had no idea what she was doing. When she got a contract, she asked me to teach them sometimes. I didn't ask where they came from, because I assumed she was being honest. She was just a consultant."

Somewhere along the way, the lies will come to the surface, and Rob is a much better liar than you are. If Rob gets a multimillion dollar verdict against him, he can declare bankruptcy and move on. If you get one, your whole life changes. All your businesses go down the tubes. When the FBI starts asking tough questions, he will roll over on you in a heartbeat without blinking an eye and sleep soundly that night.

The reason that I wanted to meet with you in person was that I wanted to show you the file that I have accumulated for the FBI (I have attached the last few months worth), and I wanted to let you know that you can still walk away from both cases. If you tell the whole truth in your deposition, I will drop the Texas civil case

against you and focus only on Jackson and Magnovo. I'll get you in touch with the FBI special agent in charge of your case. I have no idea what they will do, but I suspect that if you help them get Rob, that will go a long way with them as well.

Mr. Vaught has a conflict of interest in representing you, because he also represents Rob and his own law firm. He can't allow you to settle without making it harder for him to win the FLSA case. I suggest that you print this email and take it to the attorneys who are representing you and Short Splice in the Texas case, and let them advise you. They will be totally impartial. Vaught has a lot at stake, because he probably agreed to do this on a contingency, so if you settle without he and Rob agreeing, Vaught's firm is out a lot of attorney fees.

I begged you to call me before you got in bed with Rob, and I begged you to call me earlier in the week. Both times, I was trying to help you, not hurt you. I still am. Talk to an attorney other than Vaught, and then either have the attorney call me, or you call me yourself. I'm willing to offer you what attorneys call a "walk away" where both parties drop their suits and go their merry way, but I can't offer a "walk away" to both you and Rob. And, if I let you walk away, you have to tell the truth about what Rob has done. If you do, I won't hold you legally responsible for anything that comes from that testimony.

Doug

On 3/31/2015 10:34 AM, Colette wrote:
> Hi Doug,
>
> I just received your voicemail and I prefer to chat via email. I am wondering what it is that you'd like to talk about?
>
> ~Colette

--



**THE LEADER'S INSTITUTE**

Doug Staneart, President and CEO
The Leader's Institute®
(800) 872-7830 x100 US & Canada
(817) 717-1204 Local & International
www.leadersinstitute.com

Want Free Tips, Articles, Videos, and Discounts on Events?




Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 5 of 13   PageID 2299
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 10 of 20 PageID #: 493
RE: RE: Colette Johnston's disclosure

**Subject:** RE: RE: Colette Johnston's disclosure
**From:** "▓▓▓▓▓▓▓▓▓▓▓▓" <▓▓▓▓▓▓▓▓@ic.fbi.gov>
**Date:** 10/27/2014 11:47 AM
**To:** "doug@leadersinstitute.com" <doug@leadersinstitute.com>
**CC:** "▓▓▓▓▓▓▓▓▓▓▓▓." <▓▓▓▓▓▓▓▓@ic.fbi.gov>

Thank you

---

**From:** doug@leadersinstitute.com [doug@leadersinstitute.com]
**Sent:** Monday, October 27, 2014 11:01 AM
**To:** ▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓
**Subject:** Fwd: RE: Colette Johnston's disclosure

Special Agent ▓▓▓▓▓▓, here is the scanned copy of the non-disclosure agreement that Colette Johnston signed. This is the same one that I sent you a photo of, but my attorney had the original.

Doug Staneart


-------- Original Message --------
**Subject:** RE: Colette Johnston's disclosure
   **Date:** Mon, 27 Oct 2014 14:40:42 +0000
   **From:** Cynthia Cook <Cynthia.Cook@brownpc.com>
      **To:** Doug Staneart <doug@leadersinstitute.com>


Doug,

Sorry for the delay in responding; I was on vacation last week. Attached is a signed copy of Johnston's agreement with TLI regarding trade secrets. Please let me know if the FBI needs anything further.

Cynthia A. Cook, Senior Counsel | Brown, PC
500 Main Street, Suite 400 | Fort Worth, TX 76102
Ph: (817) 870-0025 | Fax: (817) 870-0515

**NOTICE**
Pursuant to IRS Circular 230, this advice is not intended or written to be used, and it cannot be used, by a taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer. The information contained herein is a transmission from the Law Office of Lawrence Brown and is information protected by the attorney/client and/or attorney/work product privilege; and also the attorney/client joint interest and work product privilege. It, along with any attachments hereto, is also covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2512. The Texas Bar Disciplinary Rules requires Texas lawyers to notify recipients of e-mail that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers through which it passes as it goes from sender to recipient; (3) a person not participating in our communication may intercept our communications by improperly gaining access to your computer or even some computer not connected to either of us through which the e-mail passes. This e-mail is intended only for the personal and confidential use of the recipient(s) named in the communication, and the privileges are not waived by virtue of this having been sent by electronic mail. The recipient(s) named herein has indicated consent to receive communications via electronic medium. Should you change your mind, and want further communication to be sent in a

Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 6 of 13   PageID 2300
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 11 of 20 PageID #: 494
RE: RE: Colette Johnston's disclosure

different fashion, please contact me immediately. If the person actually receiving this communication is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone, 817-870-0025, and delete the original message from your system. Thank you. **END OF NOTICE**

**From:** Doug Staneart [mailto:doug@leadersinstitute.com]
**Sent:** Friday, October 17, 2014 10:36 PM
**To:** Cynthia Cook
**Subject:** Re: Colette Johnston's disclosure

Can you scan it and send it to me? The FBI wants it along with any bank records I have for Jackson and Johnston.

Sent from my iPad

On Oct 17, 2014, at 8:38 AM, Cynthia Cook <Cynthia.Cook@brownpc.com> wrote:

> Doug,
>
> I do have the original; do you need it?
>
> Cynthia A. Cook, Senior Counsel | Brown, PC
> 500 Main Street, Suite 400 | Fort Worth, TX 76102
> Ph: (817) 870-0025 | Fax: (817) 870-0515
>
> **NOTICE**
> Pursuant to IRS Circular 230, this advice is not intended or written to be used, and it cannot be used, by a taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer. The information contained herein is a transmission from the Law Office of Lawrence Brown and is information protected by the attorney/client and/or attorney/work product privilege; and also the attorney/client joint interest and work product privilege. It, along with any attachments hereto, is also covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2512. The Texas Bar Disciplinary Rules requires Texas lawyers to notify recipients of e-mail that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers through which it passes as it goes from sender to recipient; (3) a person not participating in our communication may intercept our communications by improperly gaining access to your computer or even some computer not connected to either of us through which the e-mail passes. This e-mail is intended only for the personal and confidential use of the recipient(s) named in the communication, and the privileges are not waived by virtue of this having been sent by electronic mail. The recipient(s) named herein has indicated consent to receive communications via electronic medium. Should you change your mind, and want further communication to be sent in a different fashion, please contact me immediately. If the person actually receiving this communication is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone, 817-870-0025, and delete the original message from your system. Thank you. **END OF NOTICE**
>
> **From:** doug@leadersinstitute.com [mailto:doug@leadersinstitute.com]
> **Sent:** Thursday, October 16, 2014 8:20 PM
> **To:** Cynthia Cook

Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 7 of 13   PageID 2301
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 12 of 20 PageID #: 495
RE: Additional Information about Magnovo and Jackson

**Subject:** RE: Additional Information about Magnovo and Jackson
**From:** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ @ic.fbi.gov>
**Date:** 12/15/2014 10:39 AM
**To:** "doug@leadersinstitute.com" <doug@leadersinstitute.com>
**CC:** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ @ic.fbi.gov>

Doug,
It seems I lost the email with the attachment that contained the email PDF file sent to Noel Maynard. Can you send the PDF file again? Thank you.

Regards,



---

From: doug@leadersinstitute.com [doug@leadersinstitute.com]
Sent: Tuesday, September 09, 2014 10:29 PM
To: ▮▮▮▮▮▮▮▮▮▮
Subject: Re: Additional Information about Magnovo and Jackson

No, Eastland just called us on the phone. Since she was the first, we didn't realize something nefarious was happening. When a couple of days later, we got a call from Maynard, we asked her to send us the email.

Doug Staneart

On 9/9/2014 4:24 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:

Doug, I only see one attachment from "Maynard." Was there another one from Eastland, or am I missing something.

Regards,



---

From: doug@leadersinstitute.com<mailto:doug@leadersinstitute.com> [doug@leadersinstitute.com<mailto:doug@leadersinstitute.com>]
Sent: Tuesday, September 09, 2014 3:38 PM
To: ▮▮▮▮▮▮▮▮▮▮
Subject: Re: Additional Information about Magnovo and Jackson

▮▮▮,

Amber Eastland<https://leadersinst.infusionsoft.com/Contact/manageContact.jsp?view=edit&ID=56109><https://leadersinst.infusionsoft.com/Contact/manageContact.jsp?view=edit&ID=56109>        Shell Oil Company        (925) 313-3321 (Work)        amber.eastland@shell.com<mailto:amber.eastland@shell.com> <mailto:amber.eastland@shell.com><mailto:amber.eastland@shell.com>
Martinez        CA        2/6/2009
Noel Maynard<https://leadersinst.infusionsoft.com/Contact/manageContact.jsp?view=edit&ID=107984><https://leadersinst.infusionsoft.com/Contact/manageContact.jsp?view=edit&ID=107984>        Chick-fil-A, Inc.        (404) 305-4948 (Work)        Noel.Maynard@chick-

Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 8 of 13   PageID 2302
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 13 of 20 PageID #: 496

RE: Additional Information about Magnovo and Jackson

```
fil-a.com<mailto:Noel.Maynard@chick-fil-a.com><mailto:Noel.Maynard@chick-fil-a.com>
<mailto:Noel.Maynard@chick-fil-a.com>        Atlanta ga       3/23/2012
```

Looks like the emails were sent from a Yahoo account Aug 13, 2013. Have attached a PDF of the documents. I've also attached the link reports from Google Webmaster Tools from March to June.

Doug Staneart


On 9/8/2014 2:44 PM, doug@leadersinstitute.com<mailto:doug@leadersinstitute.com> <mailto:doug@leadersinstitute.com><mailto:doug@leadersinstitute.com> wrote:
Special Agent ███████████████████

I know that you two are still investigating the report that I made months ago against Robert Jackson, Colette Johnston, and Magnovo training Group, but I have some additional documents that might be helpful. Attached is the Cease and Desist letter written to them that outlines thousands of trademark infringements. (The attorneys who wrote this letter were extremely detailed, and this alone should be enough to get a warrant.) I have also attach an affidavit that I made outlining the criminal action that we have already identified. I only listed things in the affidavit that I could prove in court, so the many things that we suspect them of are not included.

Please update me on the status of this case. Thanks.

--
[cid:part5.06070307.07090106@leadersinstitute.com]<http://www.leadersinstitute.com>
<http://www.leadersinstitute.com>
Doug Staneart, President and CEO
The Leader's Institute®
(800) 872-7830 x100 US & Canada
(817) 717- 1204 Local & International
www.leadersinstitute.com<http://www.leadersinstitute.com><http://www.leadersinstitute.com><http://www.leadersinstitute.com>
Want Free Tips, Articles, Videos, and Discounts on Events?
[cid:part8.02050709.01090205@leadersinstitute.com]
[cid:part9.09020607.08030105@leadersinstitute.com]<http://twitter.com/leaderinstitute>
<http://twitter.com/leaderinstitute>
[cid:part11.03040309.05080803@leadersinstitute.com] <http://www.facebook.com/pages/The-Leaders-Institute/112619819059><http://www.facebook.com/pages/The-Leaders-Institute/112619819059>

--
[cid:part13.01030304.04030500@leadersinstitute.com]<http://www.leadersinstitute.com>
<http://www.leadersinstitute.com>
Doug Staneart, President and CEO
The Leader's Institute®
(800) 872-7830 x100 US & Canada
(817) 717- 1204 Local & International
www.leadersinstitute.com<http://www.leadersinstitute.com><http://www.leadersinstitute.com><http://www.leadersinstitute.com>
Want Free Tips, Articles, Videos, and Discounts on Events?
[cid:part16.06080309.08080707@leadersinstitute.com]
[cid:part17.07020603.03010700@leadersinstitute.com]<http://twitter.com/leaderinstitute>
<http://twitter.com/leaderinstitute>
[cid:part19.04020803.02010909@leadersinstitute.com] <http://www.facebook.com/pages/The-Leaders-Institute/112619819059><http://www.facebook.com/pages/The-Leaders-Institute/112619819059>

Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 9 of 13   PageID 2303
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 14 of 20 PageID #: 497
RE: Additional Information about Magnovo and Jackson

```
--
[cid:part1.09090100.06050904@leadersinstitute.com]<http://www.leadersinstitute.com>
Doug Staneart, President and CEO
The Leader's Institute®
(800) 872-7830 x100 US & Canada
(817) 717- 1204 Local & International
www.leadersinstitute.com<http://www.leadersinstitute.com>
Want Free Tips, Articles, Videos, and Discounts on Events?
[cid:part4.09030606.00030303@leadersinstitute.com]
[cid:part5.02090903.01080700@leadersinstitute.com]<http://twitter.com
/leaderinstitute>         [cid:part7.03070301.00070204@leadersinstitute.com]
<http://www.facebook.com/pages/The-Leaders-Institute/112619819059>
```

Case 3:14-cv-03572-B    Document 125-13    Filed 08/01/16    Page 10 of 13    PageID 2304
Case 1:14-cv-00193-TWP-DML    Document 54-1    Filed 04/10/15    Page 15 of 20 PageID #: 498
Clients

**Subject:** Clients
**From:** " ███████ W." ███████@ic.fbi.gov>
**Date:** 1/14/2015 5:43 PM
**To:** "doug@leadersinstitute.com" <doug@leadersinstitute.com>
**CC:** " ███████ ███████@ic.fbi.gov>

Doug,
Do you have a list of clients MAGNOVO has taken from TLI? So far, I have Novartis, Kellogg's, Eloquent Healthcare, Stat Oil, and Johnson & Johnson. Also, do you have the exact points of contact with the clients in question.
Thank you,

███

Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 11 of 13   PageID 2305
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 16 of 20 PageID #: 499
RE: Rob, your password was successfully reset

**Subject:** RE: Rob, your password was successfully reset
**From:** "▮▮▮▮▮▮▮▮▮▮ (DL) (FBI)" <▮▮▮▮▮▮▮@ic.fbi.gov>
**Date:** 3/12/2015 10:23 AM
**To:** "doug@leadersinstitute.com" <doug@leadersinstitute.com>, ▮▮▮▮▮▮▮▮ (DL) (FBI)" ▮▮▮▮▮▮@ic.fbi.gov>
**CC:** "▮▮▮▮▮▮▮▮ (DL) (FBI)" ▮▮▮▮▮▮▮@ic.fbi.gov>

Doug, this is something we need to look at then. We need to review your legs from your email server and your server that handles this email address, if and hopefully you have them. If anything suspicious is occurring, then maybe we determine if any illegal access has occurred. If you have them, save them and we can meet next week so I can go over the protocols.

-

-------- Original message --------
From: doug@leadersinstitute.com
Date:03/10/2015 1:24 AM (GMT-06:00)
To: "▮▮▮▮▮▮▮▮ (DL) (FBI)" ▮▮▮▮▮▮@ic.fbi.gov>
Cc: "▮▮▮▮▮▮▮▮ (DL) (FBI)" ▮▮▮▮▮▮@ic.fbi.gov>
Subject: Re: Fwd: Rob, your password was successfully reset

▮▮▮▮▮▮

RE: Robert Jackson, Magnovo

I know why the Leader's Institute email address is associated with Rob Jackson's Linked-In account. When someone adds mass connections to Linked-In from their email contact list, the person must go to the "Add Connections" tab in Linked-In and enter the email address and password for the email account. Linked in automatically accesses the contacts in the account and sends invitations to them to connect on Linked-In with the account owner. The settings of the account will then list that email account as one of the owners emails. When a password reset is requested, the security protocol is to send the request to all of the emails listed in the settings.

Jackson had to add contacts from the inquire@leadersinstitute.com email address while he had access to the account, because when an email address is added, a confirmation email is sent to the email address. Once he quit, he lost access to the email account, so he couldn't confirm the connection.

The thing is that inquire@leadersinstitute.com wasn't Jackson's email address. If he were adding connections in the normal course of business, he would have used rob@leadersinstitute.com. The inquire@leadersinstitute.com is the email address that all new leads for my company goes to and gets forwarded out to individual sales reps. The only reason to use that email address would be to import ALL of the Leader's Institute contacts into his account to send invitations.

Case 3:14-cv-03572-B   Document 125-13   Filed 08/01/16   Page 12 of 13   PageID 2306
Case 1:14-cv-00193-TWP-DML   Document 54-1   Filed 04/10/15   Page 17 of 20 PageID #: 500
RE: Rob, your password was successfully reset

Doug Staneart

On 3/8/2015 3:01 PM, info@leadersinstitute.com wrote:

> ▇
>
> Not sure if this means anything or if it is important, but Rob Jackson recently changed his password on his LinkedIn account, and LinkedIn sent a confirmation to inquire@leadersinstitute.com (one of my company's general email boxes) for verification. I have no idea why Jackson would have setup a LinkedIn account with this email address. Doesn't make a lot of sense, actually. It is likely that some time when he was working with my company, he added that email as secondary email to the account and just never deleted it. But it is very strange, none the less. I can't see any legitimate reason for him to add that email address to his account. It is an email address that is forwarded to dozens of people in my company when an email is sent to it.
>
> Not sure what it means, but it is very weird.
>
> Doug Staneart
>
> -------- Forwarded Message --------
> **Subject:** Rob, your password was successfully reset
>   **Date:** Wed, 4 Mar 2015 14:30:30 +0000 (UTC)
>   **From:** LinkedIn Security <security-noreply@linkedin.com>
>     **To:** Rob Jackson <inquire@leadersinstitute.com>
>
>
>   LinkedIn
>
>     Hi Rob,
>
>     You've successfully changed your LinkedIn password.
>
>     Thanks for using LinkedIn!
>     The LinkedIn Team
>
>
>     When and where this happened:

RE: Rob, your password was successfully reset

| | |
|---|---|
| Date: | March 4, 2015 9:30 AM |
| Browser: | IE |
| Operating System: | Windows |
| IP Address: | 76.29.108.88 |
| Approximate Location: | Indianapolis, Indiana, United States |

**Didn't do this?** Be sure to change your password right away.

This email was intended for Rob Jackson (President, Magnovo Training Group). Learn why we included this.

© 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

--

### THE LEADER'S INSTITUTE®

Doug Staneart, President and CEO
The Leader's Institute®
(800) 872-7830 x100 US & Canada
(817) 717- 1204 Local & International
www.leadersinstitute.com

Want Free Tips, Articles, Videos, and Discounts on Events?

