# EXHIBIT 13

APP 309

**From:** Will Doss wdoss@bscattorneys.com
**Subject:** RE: Responses to Interrogatories
**Date:** December 4, 2015 at 11:29 AM
**To:** Gary Sorden gary.sorden@klemchuk.com
**Cc:** Amy Rollins arollins@bscattorneys.com, Roxanne Edwards roxanne.edwards@klemchuk.com, Corey Weinstein corey.weinstein@klemchuk.com, Darin M. Klemchuk darin.klemchuk@klemchuk.com, Glenn Janik glenn@janikbohmer.com, Steve Cracraft scracraft@bscattorneys.com, John Brannon jbrannon@bscattorneys.com



Gary,

I haven't heard back from you yet regarding my last email, but wanted to update you on one item, and inquire as to a few others. The update is first, and is slightly longer than anticipated, but I wanted to be thorough in explaining the linking issue. My questions follow, beginning below the pasted html code.

First, an update. The linked/framed internet domains owned by your client which display my client's website have been restored to their original state and functionality intended by your client. My client and his IT professional have no way to access or modify the actual linking domains owned by your client, but had placed code on my client's website to redirect links from your client's domains to a Google search page instead. That code has been removed from my client's site, and now if you visit any of your client's domains below, you will see that they contain my client's information and appear to be my client's websites. I do not know if this is some attempt to try and add support to your client's fraudulent application for my client's Magnovo trademark, or if it has been set up by your client for some other reason, but I think it would be best for everyone if these Iframes or links were removed from your client's domains, and your client populated his domains with his own TLI information instead.

http://bicycle-team-building.org/
http://bicycles-team-building.com/
http://bicycleteambuilding.org/
http://bicycleteambuildings.org/

The "linking information" or framing is done as follows. Your client's domains have a very simple "frame" on each domain's root page which loads my client's website into it. The code is pasted below from your client's bicycleteambuilding.org domain, and my comments are in red.

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01//EN"
  "http://www.w3.org/TR/html4/strict.dtd">
<html>

<head>
  <title>bicycleteambuilding.org</title>  THIS IS YOUR CLIENT'S DOMAIN CONTAINING THIS CODE

</head>
<frameset rows="100%,*" border="0">
  <frame src="http://bicycle-team-building-events.com" frameborder="0" />  THIS IS WHAT LINKS TO MY CLIENT'S WEBSITE
  <frame frameborder="0" noresize />
</frameset>

<!-- pageok -->
<!-- 06 -->
<!-- -->
</html>

Second, a few quick questions.
-Regarding the proposed depositions of Colette Johnston and Connie Timpson, have you obtained service on both, and are both still scheduled to take place next week? Given the short time frame and uncertainty, we're trying to make sure we have made any needed arrangements.
-Regarding your client's document production, are there still additional documents to be produced on a rolling basis, or has your client already provided all responsive documents to our requests?
-Regarding the Customer Lists, please let me know when we can mutually exchange them, pursuant to the Protective Order, Attorneys' Eyes Only. We had discussed this previously, and I think it should be pretty quick and easy to effectuate an exchange.
-Finally, are you planning to appear as counsel of record on behalf of your client for the Trademark Opposition proceeding for MAGNOVO and/or the Trademark Cancellation proceeding for BUILD-A-BIKE? If so, we would be happy to forward you copies of the documents we have already filed in either or both of these matters, as applicable.

I appreciate open lines of communication, and I hope we can resolve as many issues as possible as amicably as possible.

Thanks,

Will Doss
Attorney at Law

BRANNON SOWERS & CRACRAFT PC
BUSINESS • INTELLECTUAL PROPERTY • LITIGATION

Brannon Sowers & Cracraft PC
1 North Pennsylvania St., Suite 800
Indianapolis, Indiana 46204
Direct: 317 721 DOSS (3677)
Fax: 317 630 2813
wdoss@bscattorneys.com
www.BSCAttorneys.com

CONFIDENTIALITY NOTICE: This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, do not read, copy, forward, or print this email message or any attachments, and please immediately notify the sender by email and permanently delete and destroy all copies and printouts of this email message and/or attachments.
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.