# EXHIBIT 15

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Apr 06, 2016
## NOTICE OF ABANDONMENT

TM106

THE LEADER'S INSTITUTE LLC
6703 CORONATION CT
ARLINGTON, TX 76017-4965

ATTORNEY
REFERENCE
NUMBER:

**SERIAL NUMBER:**     86/653801
**MARK:**                       MAGNOVO
**APPLICANT:**              The Leader's Institute, LLC

THE ABOVE IDENTIFIED TRADEMARK APPLICATION WAS ABANDONED ON 04/06/2016 FOR THE FOLLOWING REASON:

AS A RESULT OF THE TRADEMARK TRIAL AND APPEAL BOARD PROCEEDINGS, THE ABOVE IDENTIFIED APPLICATION STANDS ABANDONED.

APP 318