# EXHIBIT 18

Let me know your thoughts.

Thanks
Ray

Raymond Summeier.   Columbia Title, Inc.   Sent from my iPhone

Begin forwarded message:

> **From:** <doug@leadersinstitute.com>
> **Date:** May 20, 2014 at 3:21:02 PM EDT
> **To:** <rsummeier@twtitle.com>
> **Subject: Magnovo and Rob Jackson**
> **Reply-To:** <doug@leadersinstitute.com>
>
> Ray,
>
> I left a message for you this morning, and I'm wondering if you might be able to help me, please. This is kind of a delicate subject, but it is very important. Rob Jackson was a contractor for my company from 2006 until 2009. In Aug. of 2008, he recruited another contractor of my company (Frank Beck), and the two of them created Magnovo on the side while they were still collecting salaries from my company. One of my employees discovered the companies existence in Jan. of 2009, and I questioned Beck and Jackson about Magnovo in Feb. of 2009. We uncovered very quickly that they had been converting contracts from my company to Magnovo, so we reported the theft to the sheriff's office where Beck lived in Texas. Once Beck realized that converting contracts was a crime, he called me, apologized, and he told me that he had severed all ties with Magnovo entirely. He admitted to the contract conversion and offered to pay my a portion of the contract totals back as a peace offering.
>
> Just a couple of months after Beck left Magnovo, your name appeared on Magnovo's website as the new CEO.
>
> Sept. of 2010 or so, Rob called me out of the blue, apologized for what he had done, told me that he was almost destitute, and begged me to let him come back as a contractor for The Leader's Institute® (TLI). In that call, he offered to shut down Magnovo, fulfill TLI contracts paying his own expenses, and be the most loyal contractor that TLI had ever had, because he knew how hard it was on his own. I asked him about you and how you became a part of Magnovo, and he told me that you were a friend of his who loaned him $30,000 when times were really tough.
>
> After a few discussions with him over the next couple of months, I made him a deal. I told him that I would help him get Magnovo going again by working on his website in exchange for a 50% stake in Magnovo, and I told him that I'd also feed him a few contracts to fulfill to help him get back on his feet. **All he had to do was pay you back the $30,000 with interest** with a portion of the income that I was helping him generate. I told him that I **wouldn't** help him with the Magnovo website until you gave him a written release of all interest, because I wanted to be sure that (1) you got repaid and (2) my 50% interest was secure. Well, months went by, and every couple of weeks, I'd ask if he was paying you back, and he would never answer

CONFIDENTIAL JAC000217

positively. It was always, something vague like, "I'm making progress." I asked him repeatedly about securing a release from you, an.d he would again give vague responses and avoid the question. However, out of the blue in Feb. of 2010, though, he called me very excited **saying that you had freely given up your interest in Magnovo**. When I asked him about the details, he just said that you told him that you were just trying to help him out of a jam and that you never expected to be repaid.

I did a lot of work on the Magnovo website in Feb. of 2010, and it should have started to generate income within a few months, but Rob never shared any of the income from the company with me. Little by little, I began giving him more and more TLI contracts, and he got really good at generating additional income from the contracts that I was providing him. By early 2011, he became the most profitable contractor that I had at TLI, and he was generating a lot of money for me. I assumed that since he was so much money with TLI, that he had just stopped doing any Magnovo work. In late 2011, odd things started happening, though. Rob would project that new TLI contracts would be written in the near future, but then the contracts would fall through at the last minute. Contact information in our CRM for some of our really big clients started getting deleted accidentally, and a number of other odd things. I would ask Rob about these things, but he would always respond with the same odd, vague, answers that he gave me when he and I spoke about you. At the same time, from **Jan. of 2013 until Aug. 1, 2013, the Magnovo website was taken down from the internet**.

In July of 2013, my top salesperson quit out of the blue, and a couple weeks later Rob resigned as well. The same day that he quit, Rob re-branded the Magnovo website and a month or so later, he listed my top salesperson as his new partner. We suspect that Jackson and his new partner may have allegedly already converted over $400,000 worth of TLI contracts to Magnovo since Aug. of 2013 along with quite a few other disturbing civil and criminal activities.

I know Rob is probably still a friend of yours, but since Sep. of 2013 (about nine months), Magnovo has generated somewhere around a half-million dollars in revenue (that we know of – possibly a lot more), and as you know, prior to Rob leaving TLI, Magnovo reportedly generated almost nothing. **I believe that you and I have been manipulated pretty strategically**, and I believe that Magnovo has been making money all along, but none of the revenue has been shared with either of us. Rob is very persuasive, and he is extremely convincing.

My reason for contacting you is that my attorney wanted me to try to contact you personally versus through legal channels. We both believe that you are not involved in anything maleficent, and we think that you might actually be a victim of a crime.
- Did Rob borrow money from you offering to make you a partner in Magnovo?
- If so, are you still a partner or did something happen along the way to change your relationship with Magnovo?
- Did he ever pay you back?
- Did you ever give him a release?
- Do you remember any conversations with Rob that seemed reasonable at the time, but now seem odd?

I really hope that I'm not offending you, but since you were listed as an officer of Magnovo, we have to make sure that you haven't benefited financially from any maleficence against my company. I look forward to your response, and my cell is 214-766-2313 if you'd rather speak by phone.

CONFIDENTIAL JAC000218                                                      APP 366

Doug Staneart, President and CEO
The Leader's Institute®
(800) 872-7830 x100 US & Canada
(817) 717- 1204 Local & International
www.leadersinstitute.com

Want Free Tips, Articles, Videos, and Discounts on Events?