UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE LEADER'S INSTITUTE, LLC and DOUG STANEART, § § § *Plaintiffs and Counter-Defendants*, § § v. § § ROBERT JACKSON and § MAGNOVO TRAINING GROUP, LLC, § § *Defendants and Counter-Plaintiffs*. § | Case No. 3:14-cv-03572-B |

### [PROPOSED] ORDER

Pending before the Court is the Defendants' Expedited Motion for Leave to File Amended Counterclaims with Brief in Support (the "Motion"). The Court, having considered the Motion, and any Response/Reply thereto, finds that good cause exists for the relief requested by Defendants and that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that Defendants' Amended Counterclaims Against Plaintiffs attached as Exhibit A to their Motion shall be filed by the Clerk in the above-captioned Lawsuit.

**SO ORDERED.**

**SIGNED:** September _____, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE