IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE LEADER'S INSTITUTE, LLC<br>And DOUG STANEART,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT JACKSON and MAGNOVO<br>TRAINING GROUP, LLC,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:14-cv-03572-B<br><br>JURY TRIAL DEMANDED |

## ORDER

On this day, the Court considered the Joint Motion of Voluntary Dismissal With Prejudice, filed August 9, 2018. After considering the Motion, the Court finds that the Motion should be GRANTED

THEREFORE, IT IS ORDERED that Plaintiffs' claims for relief against Defendants that were asserted or that could have been asserted in this case are **DISMISSED WITH PREJUDICE**, and Defendants' claims for relief against Plaintiffs that were asserted or could have been asserted in this case are **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement executed by the Parties. All attorneys' fees, costs of court, and expenses shall be borne by the party incurring same.

Aug. 9, 2018

JUDGE PRESIDING